# TAB "6"

**DR. CHARLES BROWN'S DEPOSITION.MARCH 11, 2016.PART 2**

1    her direct supervisor and he worked with her.

2         Q.    Dr. King was her direct supervisor at this

3    point?

4         A.    In terms of conduct matters, yes.  He

5    administered the code of conduct.  That's what --

6    yeah, he was --

7         Q.    Okay.

8         A.    He was my person who administered student

9    code of conduct.

10        Q.    Did you ask Dr. King for him to give you

11   possible wording for the letter?

12        A.    I don't remember.  I don't remember.

13        Q.    If you turn to the third page, the next

14   page.

15        A.    Uh-huh.

16        Q.    FAU 1515.

17        A.    Uh-huh.  Okay.  I'm here.

18        Q.    There's an e-mail from Corey King to you

19   dated April 5th, 2013, and it states -- it says

20   Dr. Brown, here is what I experience, and then

21   there's a couple of paragraphs under that.  Do you

22   see that?

23        A.    Yes, I do.

24        Q.    Did you ask Dr. King to send you this

25   e-mail?



1        A.    I don't remember.  I really don't
2   remember.
3        Q.    After you received this e-mail from
4   Dr. King, did you have any discussions with
5   Dr. Williams about what was stated in this e-mail?
6        A.    No, I did not.  I don't remember having a
7   conversation with her, no.
8        Q.    Did you ever ask Dr. Williams for her
9   version of events?
10            MS. WYDLER:  Form.
11            THE WITNESS:  Dr. Williams met with me
12        once and talked -- and shared her version of the
13        event, yes.
14        Q.    (By Ms. Chattergoon)  When was that?
15        A.    I don't know.  But she did.  She came to
16   my office and talked with me.
17        Q.    Okay.  Do you know whether that was before
18   or after this e-mail was sent to you by Dr. King?
19        A.    I really don't.  I can't remember.  Don't
20   know.
21        Q.    Did you ever tell Dr. Williams you were
22   going to give her a letter of reprimand?
23        A.    Yes, I did.
24        Q.    And did she refuse to accept it?
25        A.    I don't remember her refusing to accept



CHARLES L. BROWN, SR.                          March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                              202

```
 1   it.
 2        Q.    Did Dr. Williams state that she would
 3   write a rebuttal if she was given a letter of
 4   reprimand?
 5        A.    She might have.  I don't remember.  She
 6   might have.
 7        Q.    Was Dr. Williams ever given the letter of
 8   reprimand?
 9        A.    No, she was not.
10        Q.    Why not?
11        A.    I decided to separate her.
12        Q.    Why did you make that decision?
13        A.    It was a -- as I said earlier, it was a
14   culmination of things, and I just made that decision.
15   I conferred with people, and I decided to make that
16   decision.
17        Q.    Who did you confer with?
18        A.    I conferred with HR, and I conferred with
19   the president.  I conferred with Dr. King, also.
20   Yes.
21        Q.    Okay.  Do you recall when you -- we've
22   already established that you intended to give
23   Dr. Williams a letter of reprimand sometime around
24   April 4th, 2013; agreed?
25        A.    Yes.  Uh-huh.
```



CHARLES L. BROWN, SR.                                        March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                          203

 1        Q.    Okay.  When did you make the decision to
 2   terminate her?
 3        A.    I don't know.  I don't know.  I don't have
 4   a copy of the -- I guess it's -- I don't know.  I
 5   don't remember the exact date, so I don't want to
 6   give you an incorrect date.  I don't remember.
 7        Q.    Okay.  Take a look at 1518 for me.  It's a
 8   draft letter of reprimand that was sent to you by
 9   Robin Kabat on April 8th, 2013.  The e-mail from
10   Robin Kabat starts on 1517.
11        A.    Okay.
12        Q.    When this letter was sent to you -- do you
13   recall receiving this draft letter?
14        A.    I don't -- I've been gone two and a half
15   years.  No, I don't.
16        Q.    Okay.  When you received this draft
17   letter, did you make any changes to it?
18        A.    I really don't know.  I don't recall.
19        Q.    Do you recall sending this draft letter to
20   Corey King and asking him to change the letter?
21        A.    I don't recall.  I really don't recall.
22        Q.    Okay.  There is another letter on 1521
23   dated April 17th, 2013.
24        A.    Uh-huh.  Okay.  I see it.
25        Q.    Okay.  That letter is on your letterhead,



Case 0:15-cv-60621-DPG  Document 79-2  Entered on FLSD Docket 06/27/2016  Page 6 of 120

CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                        204

```
 1    correct, or your letterhead at the time?

 2         A.    Uh-huh.  Yes, it is.

 3         Q.    Do you know who put this letter on your

 4    letterhead?

 5         A.    If it's on my letterhead, I either did

 6    it -- I either had it done or oftentimes I would

 7    allow Dr. King to come over.  But I will say I -- if

 8    it's on my letterhead, it's Charles Brown.

 9         Q.    Okay.  And that letter is dated

10    April 17th, 2013, correct?

11         A.    Yes.  Uh-huh.

12         Q.    And so would it be fair to say that at

13    that time it was your intention to give Dr. Williams

14    a letter of reprimand?

15              MS. MOLDOF:  You broke up.  What was that?

16              MS. CHATTERGOON:  Did you hear me, Madam

17         Court Reporter?

18              THE WITNESS:  I didn't hear either.

19         Q.    (By Ms. Chattergoon)  Okay.  I'll repeat

20    it.  The letter is dated April 17th, 2013, correct?

21         A.    Yes.

22         Q.    Would it be fair to say that as of that

23    date you had intentions to give Dr. Williams this

24    letter of reprimand?

25              MS. WYDLER:  Object to form.
```



CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                        205

1            THE WITNESS:  Yes.  Yes.  Uh-huh.

2       Q.    (By Ms. Chattergoon)  Do you recall

3   leaving a message for Dr. Williams on April 18th,

4   2013, stating that you had to give her a letter of

5   reprimand?

6       A.    No, I don't recall that.

7       Q.    Do you recall leaving a voicemail for

8   Dr. Williams on April 18th, 2013, saying I have to

9   get this done?

10      A.    No, I don't recall that.

11      Q.    Did President Saunders ask you to give

12  Dr. Williams a letter of reprimand?

13      A.    No.

14      Q.    Did President Saunders instruct you to

15  terminate Dr. Williams?

16          MS. WYDLER:  Object to the form.

17          THE WITNESS:  No, she did not instruct me

18      to terminate Dr. Williams.  I conferred with

19      her, what I was going to do, but she did not

20      instruct me to do so, no.

21      Q.    (By Ms. Chattergoon)  When you conferred

22  with -- why did you confer with Dr. Saunders

23  regarding your termination of Dr. Williams?

24      A.    I conferred with her on a lot of things.

25  It's just one of the things I discussed with her as



CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                       206

```
 1    vice-president.
 2         Q.    Were you required to?
 3         A.    I'm required to keep her informed of
 4    things that are happening in the division like any of
 5    the other vice-presidents, but.
 6         Q.    Did you need her authority in order to
 7    terminate Dr. Williams?
 8         A.    No, I did not.
 9         Q.    Was terminating Dr. Williams part of any
10    agreement to drop the charges against Ryan Rotela?
11         A.    No, they were not.  No, it was not.
12              MS. CHATTERGOON:  Could you show Dr. Brown
13         FAU 1196.  It's the April 26th letter to
14         Dr. Williams.
15              MS. WYDLER:  Counsel, it's 5:09.  And
16         would you be able to advise an estimate of how
17         much longer you may have with questioning?  Only
18         because I have a flight to catch, as you know.
19              MS. CHATTERGOON:  I understand that, and
20         I'm really trying my best to move as fast as I
21         can.  I would say 45 minutes to an hour
22         depending on how responses are given.
23              MS. WYDLER:  Okay.  Give me a two-minute
24         break, please.
25              MS. CHATTERGOON:  Not a problem.
```



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
207

```
 1              (A recess was taken from 5:10 p.m. to
 2     5:29 p.m.)
 3              (Ms. Wydler is now appearing
 4     telephonically.)
 5              (Plaintiff's Exhibit-Brown-8 was marked
 6     for identification.)
 7              MS. WYDLER:  Just for the record, we've
 8          had an estimate of about five and a half hours
 9          without break of questioning the witness during
10          this deposition, and I'm reserving my right to
11          take -- to continue the deposition of Dr. Brown
12          at another time.
13              MS. CHATTERGOON:  Okay.  For the record,
14          we have had breaks during this deposition,
15          including almost an hour break for lunch, and
16          we've had several short bathroom breaks
17          throughout the day.  So I'm not sure what you're
18          referring to.
19              MS. WYDLER:  I'm just saying five and a
20          half hours without breaks because if we started
21          at 11:00, I mean, we're more -- we've hit the
22          time period.  Whatever the case is, you've got
23          about an hour left, as you estimated.  And you
24          have seven hours according to the Federal Rules
25          of Civil Procedure.
```



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
208

```
 1          MS. CHATTERGOON:  Okay.  I have seven
 2   hours on the record, and that's why I'm trying
 3   to be clear here.  I have seven hours according
 4   to the Federal Rules of Civil Procedure to be on
 5   the record.  We have taken an hour break for
 6   lunch.  We've taken several breaks throughout
 7   the day.  Would you like the court reporter to
 8   calculate or tell us how long we've been on the
 9   record?
10          MS. WYDLER:  No.  I think we can make a
11   fair estimate.  We're all reasonable
12   individuals.
13          MS. CHATTERGOON:  We are, but I still have
14   a lot to continue.  And I -- you told me to give
15   you two minutes, and then I heard you left.  So,
16   you know, that was about 30 minutes ago.  So now
17   my time is just running.  So I want to make sure
18   you're not counting the breaks that we took
19   because that's not what the rules say.
20          MS. WYDLER:  Counsel, I can assure you I
21   am not counting the time for breaks.
22          MS. CHATTERGOON:  Okay.
23          MS. WYDLER:  I just want to put on the
24   record we had some sort of agreement that this
25   deposition would likely take less than five
```



CHARLES L. BROWN, SR.                                   March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                      209

```
 1   hours and that it would be terminated -- not

 2   terminated, but finished probably around 5:00

 3   o'clock due to the accommodation of a flight to

 4   catch similar to the accommodations that have

 5   been made for you on multiple occasions.

 6         MS. CHATTERGOON:  Okay.  I don't recall

 7   that accommodation, but we do not have an

 8   agreement -- for the record, there was a request

 9   during -- or there was a request to counsel made

10   during the second deposition of plaintiff that

11   asked if we would be finished before 3:00, and

12   counsel said yes.

13         There was never an agreement for a

14   five-hour limitation of this deposition of

15   Dr. Brown.  Counsel, I stated I would attempt to

16   be done between four to five hours when you

17   asked me for an estimate.  Unfortunately, we

18   have not been able to do that.  And I am trying

19   to stay within the confines of the Federal Rules

20   of Civil Procedure.  I do understand you had a

21   flight to catch, and I was trying my best to

22   extend a professional courtesy and get through

23   my line of questioning.  However, I have a lot

24   to ask Dr. Brown, and the responses have not

25   been as forthcoming as I would hope they would
```

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
210

```
 1        be.
 2               MS. WYDLER:  I object to that.
 3               MS. CHATTERGOON:  Okay.
 4               MS. WYDLER:  I object to that
 5        characterization of the witness's testimony.
 6               MS. CHATTERGOON:  If you could let me --
 7        if you could let me finish because you're
 8        putting all of this on the record.  I just want
 9        to state very clearly there was never an
10        agreement to a limitation of this deposition and
11        that I am within my rights and confines of the
12        Federal Rules of Civil Procedure.  Is there any
13        more -- anything else we need to say on that?
14        So that we can move on.
15               MS. WYDLER:  I think you're done.  Move
16        on.
17               MS. CHATTERGOON:  Okay.
18        Q.    (By Ms. Chattergoon)  Dr. Brown, I'm
19   showing you what we're going to mark as Exhibit 8.
20   It's the letter dated April 26th, 2013, and I believe
21   we've corrected the Bates stamp number to be FAU
22   1186.  Do you have that in front of you?
23        A.    Yes, I do.
24        Q.    Okay.  What is this letter?
25        A.    What do you mean, what -- the letter is a
```



Case 0:15-cv-60621-DPG  Document 79-2  Entered on FLSD Docket 06/27/2016  Page 13 of 120

CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                       211

1    letter of separation.

2         Q.    Okay.  And this is a letter of separation

3    to Dr. Williams, and it's signed by you, correct?

4         A.    Yes.

5         Q.    Okay.  Do you recall when this letter was

6    first drafted?

7         A.    No, I do not.

8         Q.    Okay.  Previously I showed you a letter of

9    reprimand drafted on your letterhead dated

10   April 17th, 2013; do you recall that?

11        A.    Yes, I do.

12        Q.    Okay.  Between April 17th and April 26th,

13   do you recall when you made the decision to --

14        A.    No, I do not.

15              MS. MOLDOF:  You've got to let her finish.

16        Q.    (By Ms. Chattergoon)  Please let me finish

17   the question.

18        A.    I apologize.  Sorry.

19        Q.    Do you recall when the decision was made

20   to terminate Dr. Williams?

21        A.    No, I do not.

22        Q.    Okay.  Do you recall when you made the

23   decision not to give her the letter of reprimand that

24   was drafted on April 17th, 2013?

25        A.    No, I cannot recall that date or that



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
212

```
 1    time, rather.

 2         Q.    What led you -- I'm sorry.

 3         A.    Or the time period.

 4         Q.    Okay.  What led to the decision to not

 5    give Dr. Williams the letter of reprimand?

 6         A.    I decided to look at everything that had

 7    happened, all of the concerns in terms of being able

 8    to work with people in a collegial manner, the

 9    complaints that I had gotten from people, from staff,

10    and I just decided to separate Dr. Williams from the

11    university.

12         Q.    Okay.  When you told Dr. Williams that you

13    were going to give her a letter of reprimand, did she

14    state to you that she was going to write a letter of

15    rebuttal?

16         A.    I don't recall that.

17         Q.    Did you recall Dr. Williams telling you

18    that she was being treated differently than Terry

19    Mena and A.J. Chase?

20              MS. WYDLER:  Object to the form.

21              THE WITNESS:  No, I do not.

22              MS. CHATTERGOON:  What's the form?  What's

23         the objection?  I'm sorry.

24              MS. WYDLER:  The form.

25              MS. CHATTERGOON:  What about the form?
```

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
213

```
 1              MS. WYDLER:  Do you need me to help you
 2       phrase your question?  I mean --
 3              MS. CHATTERGOON:  No, no.  I'm asking for
 4       the record so that we can clear up the
 5       objection.  If you're objecting to the form of
 6       the question, I want to know what the basis for
 7       the objection is so that I can clear it up for
 8       the record.  I'm allowed to ask that.
 9              MS. WYDLER:  Vague.
10              MS. CHATTERGOON:  Okay.
11       Q.     (By Ms. Chattergoon)  Did Dr. Williams say
12  to you that she was being treated differently than
13  Terry Mena or A.J. Chase when you told her you were
14  going to give her a letter of reprimand?
15       A.     I don't remember that conversation.  I
16  really don't remember.
17       Q.     And you don't recall whether she said she
18  would write a letter of rebuttal?
19       A.     No, I don't.
20       Q.     Do you recall whether that -- Dr. Williams
21  stating she would write a letter of rebuttal led you
22  to terminate her instead of giving her the letter of
23  reprimand?
24       A.     No.  No.
25       Q.     So within a period of nine days, you
```



CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                        214

1  decided to terminate Dr. Williams instead of giving

2  her a letter of reprimand; is that correct?

3       A.    If that's the timeline, yes.

4       Q.    Okay.  Had you consulted with anyone

5  between April 17th and April 26th regarding

6  Dr. Williams's separation of employment?

7       A.    I don't --

8            MS. WYDLER:  Object to the form.

9            MS. MOLDOF:  You can still answer.

10           THE WITNESS:  Okay.  I don't recall, but I

11      could have.

12      Q.    (By Ms. Chattergoon)  Did anyone advise

13  you to separate Dr. Williams' employment?

14           MS. WYDLER:  Object to the form.

15           THE WITNESS:  No.

16      Q.    (By Ms. Chattergoon)  In the letter -- did

17  you work with anyone to draft this letter, the one

18  dated April 26th, 2013, which is Exhibit 8?

19      A.    Did I work with someone to draft it?  I

20  had the -- HR looked at the letter, yes.

21      Q.    Okay.

22      A.    Yes.

23      Q.    And this letter provided Dr. Williams with

24  a six-month notice pursuant to Regulation 5.008,

25  correct?

CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                        215

```
 1          A.      Uh-huh.
 2          Q.      Why was she given a six-month notice under
 3   that regulation?
 4          A.      I don't recall, but we usually give
 5   employees six months.  I was given six months when I
 6   was let go.  It's been standard practice that we've
 7   done it when we let people go across the university.
 8   It could be six months to a year.  It depends on --
 9   it's just been standard practice.
10          Q.      And who makes that decision?  Is that
11   stated in the regulation or is that made by any
12   specific person?
13          A.      It was in consultation with HR.
14          Q.      Okay.  And when you gave Dr. Williams her
15   six-months' notice, you reassigned her to the campus
16   recreation office according to this letter; is that
17   correct?
18          A.      That's correct.
19          Q.      Why did you assign her -- reassign her to
20   the campus of recreation office?
21          A.      We tend to -- when people are separated
22   from the university, we find a place within the
23   university for them to work where they could be
24   productive in terms of working during those -- during
25   the six months.  Standard practice.
```



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 18 of 120

CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                      216

1      Q.     Okay.  And what was -- what was the actual

2    reassignment of duties for Dr. Williams?

3      A.     Those -- the assignment for work was from

4    Dr. King.  It's in the letter.  He was going to

5    assign her duties to do.

6      Q.     And why did you reassign Dr. Williams

7    under Dr. King's supervision?

8      A.     Because he is her -- he was her

9    supervisor.  He was -- in terms of the judicial piece

10   and because of my schedule, I thought he -- he would

11   be the better person to supervise her during this

12   tenure because of my schedule.  So I made a -- I made

13   an administrative decision, and I had that right

14   according to HR.

15     Q.     Okay.  And you made that decision even

16   though Dr. King had complained to you that he had

17   trouble working with Dr. Williams?

18     A.     Sure.  Yes.

19            MS. WYDLER:  Object to the form.

20            THE WITNESS:  Yes.

21     Q.     (By Ms. Chattergoon)  And do you know what

22   duties Dr. King assigned to Dr. Williams?

23     A.     No, I do not.

24     Q.     Do you recall when you gave Dr. Williams

25   this letter dated April 26th, 2013?



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
217

1      A.    No.  I don't recall the exact date, no.  I
2  know it was a Friday.
3      Q.    Did you have -- I'm sorry?
4      A.    I know it was on a Friday.  That's all I
5  know -- I remember, rather.  I don't remember the
6  date.
7      Q.    Okay.  Did you give this to her in person?
8      A.    Yes, I did.
9      Q.    And was there anyone else present when you
10  gave Dr. Williams this letter?
11      A.    Yes; Robin Kabat from personnel.
12      Q.    And why was Ms. Kabat present?
13      A.    That's personnel policy of Florida
14  Atlantic University.
15      Q.    And when you gave Dr. Williams the notice
16  of separation, was there any discussion about the
17  notice?
18      A.    No.
19      Q.    What did you tell Dr. Williams when you
20  gave her the letter?
21      A.    I just told her we were -- I have a letter
22  of separation for her, and Robin Kabat explained the
23  other stuff, the other components of the letter.
24      Q.    And did you tell Dr. Williams why you were
25  giving her a notice of separation?

1        A.    No.  I just -- I just said we were making

2    a change.

3        Q.    And was that the reason for giving her the

4    notice of separation?

5            MS. WYDLER:  Object to the form.

6            MS. MOLDOF:  It's asked and answered.

7            THE WITNESS:  That was part of the reason,

8        and the other part, as I said, it was a

9        culmination of things that had happened over the

10       years.

11       Q.    (By Ms. Chattergoon)  And what was the

12   change that was being made?

13       A.    We were looking at the possibility of not

14   having an associate dean on the partner campuses.

15   That was something we had discussed.

16       Q.    Had you made a decision at that point to

17   not have an associate dean on that partner campus?

18       A.    No.  No, we had not made a decision, but

19   it had been in the works because of the breadth and

20   depth of the work on the campuses were not as great

21   and did not need an associate dean.  But the

22   termination letter was given based on a culmination

23   of things; her difficulties -- her ability to work

24   with other people, complaints, and the Rotela case

25   just played into it, so.

Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 21 of 120

CHARLES L. BROWN, SR.                          March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                          219

1      Q.    Okay.  Just going back to your statement

2  that it was in the works that partner campuses didn't

3  need associate deans.  What was the reasoning behind

4  that?

5      A.    As I said, part of the reason was

6  streamlining the campuses, the restructuring of the

7  campuses.  At one point the partner campuses'

8  associate deans had units like the counseling center

9  reporting to them, health center reporting to them.

10  All of those things had been restructured to report

11  to the directors on the Boca campus.  The health

12  center reported to the Boca campus.  The career

13  center reported to the Boca campus director.  And

14  this was one of the things we were looking at,

15  creating a director of student activities rather than

16  an associate dean.  And I think currently that's what

17  they have, so.

18      Q.    Okay.  And do you know when that change

19  actually happened?

20      A.    No.  I had -- it was in my strategic plan

21  to make it happen fall of '14, but I was released.

22  And I think it has happened now.  I can't answer

23  that.  Dr. King would know.  But it was something we

24  had discussed.

25      Q.    Okay.  When you decided to separate



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
220

```
1    Dr. Williams' employment, did you discuss that with

2    Anthony Abbate?

3         A.    Anthony --

4               MS. WYDLER:  Object to form.

5               THE WITNESS:  I don't recall.  I think

6         Anthony and I -- Tony and I had a conversation.

7         I think we did, but I don't recall.

8         Q.    (By Ms. Chattergoon)  Do you recall if

9    Mr. Abbate objected to the separation of

10   Dr. Williams's employment?

11        A.    He expressed some concerns, yes.

12        Q.    What were those concerns?

13        A.    He thought I -- he just thought that I

14   should give her another chance, and I explained to

15   him some of my concerns.

16        Q.    And what was his response?

17        A.    He said it was your decision.

18        Q.    Did you discuss your decision to separate

19   Dr. Williams's employment with Dr. King?

20        A.    I don't recall.  I don't recall.  I don't

21   want to say I did and I didn't.  I don't -- I really

22   don't recall.

23        Q.    Was the decision to separate -- strike

24   that.

25               Do you know who replaced Dr. Williams as
```





1    the associate dean of students for the Broward

2    campus?

3         A.    Yes.

4         Q.    And who was that?

5         A.    Bill Horstman.

6         Q.    And who made the decision to hire

7    Dr. Horstman for the associate dean of students

8    position in the Broward campus?

9         A.    Dr. King.

10        Q.    When was that decision made?

11        A.    I don't recall it.  But Dr. King made that

12   decision.  I don't recall the date.  But he made that

13   decision.

14        Q.    Why did Dr. King make that decision and

15   not you?

16        A.    Because many of the -- many of the

17   directors, many of the people, who have people

18   reporting to them, they have the right to hire

19   people.  I sign off on paperwork from time to time,

20   all of the hiring paper, but I -- but I don't get

21   into the hiring of certain level employees in the

22   division.  The directors, I'm involved with that.

23   But if a director -- say if the director of the

24   counseling center has a vacant position, he's

25   responsible for advertising and hiring that person.



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
222

```
 1    I don't get involved in that.  That's his

 2    responsibility.  Dr. King is the associate -- was the

 3    associate VP and dean of students.  The associate and

 4    assistant deans reported to him.  That was his -- he

 5    had the authority to hire who he wanted to be in that

 6    position.  I gave him that authority, as I would the

 7    director of the counseling center, director of the

 8    career center.  I allow them to hire people that they

 9    need.  I don't get involved in those.  At the

10    director's level and higher, that's when I get

11    involved -- I got involved, rather.

12         Q.    Did you have to approve Dr. King's hiring

13    of Dr. Horstman?

14         A.    I signed off on it, yes.  And that's

15    standard practice for any hire in the division.

16         Q.    Do you know whether -- do you know whether

17    any other candidates were interviewed for the

18    associate dean of students position in the Broward

19    campus?

20         A.    Yes, there were other people interviewed.

21    I know that.  I asked.  I didn't ask how many.  But

22    they had -- they had other candidates for the

23    position.

24         Q.    And do you know why Dr. Horstman was hired

25    over those other candidates?
```



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
223

1     A.    No.   I'm assuming he had the -- his

2  credentials and his qualifications were a better

3  match for us based on what Dr. King wanted in the

4  position.

5     Q.    Do you know whether Dr. Horstman was

6  placed as the interim associate dean for the Broward

7  campus?

8     A.    Pardon me?

9     Q.    Do you know if Dr. Horstman prior to being

10  appointed the associate dean of students in the

11  Broward campus whether he was the interim associate

12  dean?

13     A.    I don't remember.  He might have been, but

14  I really don't remember.  I really don't remember.

15     Q.    Whose decision would it have been to place

16  him as an interim dean, if he was?

17     A.    Dr. King's.

18     Q.    Going back to the Ryan Rotela incident

19  that we've coined today.

20     A.    Uh-huh.

21     Q.    Did you ever make a statement or did you

22  ever release a statement to the media?

23     A.    I don't remember making a statement to the

24  media about Ryan Rotela.  I don't remember making a

25  statement, no.



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
224

1       Q.     Did you release a statement on FAU's Web

2   site?

3       A.     I don't remember making a statement.   No,

4   I don't remember.   No.

5       Q.     Do you recall appearing in a video posted

6   on FAU's Web site regarding the Ryan Rotela incident?

7       A.     Yes.   But that video was about faculty --

8   academic freedom.

9       Q.     Okay.   What about -- can you tell me about

10  that video?

11      A.     Yes, I can.   The video was a video that

12  the university did to talk about academic freedom,

13  basically talking about the case with Dr. Poole in

14  terms of the exercise that he had offered in his

15  class.   And the video basically said that Dr. Poole

16  had agreed not to offer the exercise again in his

17  class.

18      Q.     Did Dr. Poole, in fact, agree not to offer

19  that exercise in class --

20      A.     That's what --

21      Q.     -- again?

22      A.     That's what Dr. Claiborne, the provost,

23  said, yes.   So I went --

24      Q.     Is it customary -- I'm sorry.   I

25  interrupted you.



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
225

1      A.    No.  But that's all I can say.  That's --
2   Dr. Claiborne made that statement, the provost.
3      Q.    Is it customary for the vice-president of
4   student affairs to address the issue of academic
5   freedom?
6      A.    Yes and no.  Sometimes -- yes and no.  It
7   depends on the situation.  Because students were
8   involved -- a student was involved, that's why I made
9   the video.
10     Q.    Who asked you to make that video?
11     A.    Communications.  Our public
12  relations/communications department.
13     Q.    Did President Saunders ask you to appear
14  in that video?
15     A.    No, she did not.
16     Q.    Did Brenda Claiborne ask you to be in that
17  video?
18     A.    No, she did not.
19     Q.    Why were you the person selected to be in
20  that video; do you know?
21     A.    It was a -- as I said, it was an academic
22  and student issue, and I was asked by
23  communications/public relations to do it.  That's
24  why.
25     Q.    Brenda Claiborne was the provost at the



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 28 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
226

1    time, correct?

2         A.    Yes, she was.

3         Q.    Do you recall ever participating in a

4    faculty senate investigation regarding the Ryan

5    Rotela incident?

6         A.    Yes and no.  I participated in the

7    academic freedom investigation.

8         Q.    And was it with the faculty senate?

9         A.    Yes, it was with the faculty senate.  They

10   talked to me about academic freedom.

11        Q.    Was there ever a report made by the

12   faculty senate regarding their investigation on

13   academic freedom for the Rotela incident?

14        A.    I don't know.  I never saw it.  If they

15   did, I never saw it.  If they didn't -- I don't know.

16   I really don't know.

17        Q.    Do you know whether the faculty senate

18   made any comment regarding your appearance in that

19   video statement on the Web site?

20        A.    I don't know.  I know some people asked me

21   about academic freedom, and I explained to them I was

22   a faculty member, I understand the importance of

23   academic freedom, I believe in academic freedom, I

24   believe the faculty member has complete control over

25   his or her class as long as they are operating in an



CHARLES L. BROWN, SR.                                                March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                                  227

1    ethical manner.   That's what I shared with them.

2         Q.    Did you ever discuss the classroom

3    incident with Dr. Poole?

4         A.    The what?

5         Q.    The classroom incident or the Rotela

6    incident with Dr. Poole, did you ever discuss it with

7    him?

8         A.    No.

9         Q.    Do you know if Dr. Poole still works for

10   the university?

11        A.    I've been gone two and -- almost two and a

12   half years.   I really don't know.

13        Q.    Okay.

14        A.    I don't know.

15        Q.    Was he still employed with the university

16   when you were employed with the university?

17        A.    He was employed, yes, when I was there,

18   yes.

19        Q.    Were you involved with any other

20   statements regarding the Ryan Rotela incident that

21   was either placed through the media or placed on

22   FAU's Web site?

23        A.    No.   Public relations did most of that.

24   The office of communications and publications did

25   most of that.   Student affairs did not.



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
228

```
 1          Q.     When you separated Dr. Williams's
 2   employment, did you direct FAU's IT department to
 3   change her e-mail account?
 4          A.     I don't recall that.  I don't recall that.
 5   I know when I was -- I can use me personally.  When I
 6   was separated, my e-mail account was -- went defunct,
 7   also.
 8          Q.     I'm sorry?
 9          A.     When I was separated from the university,
10   my e-mail account was also inactivated --
11   deactivated, rather, deactivated.
12          Q.     Was it deactivated during your six-month
13   notice period?
14          A.     Yes.  I don't think I had access to the
15   e-mail, no.  And I used my personal e-mail.
16          Q.     Okay.
17          A.     I'm almost certain that I did not have
18   access, no.
19          Q.     Earlier you stated that you gave Jill
20   Eckardt a notice of separation, as well, correct?
21          A.     Yes, I did.
22          Q.     Did you deactivate her e-mail?
23          A.     I'm assuming it was deactivated.  I don't
24   know.  I'm assuming it was.  I don't know.  I can't
25   answer yes or no.  I don't know.
```

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
229

1      Q.     Do you know if Jill Eckardt had access to

2  her e-mail during her notice period?

3      A.     I don't know.  I really don't know.

4      Q.     Do you recall ever giving Jill Eckardt

5  permission to have access to her e-mail?

6      A.     No, I don't.  If I did, I don't recall

7  that.

8      Q.     Take a look at your interrogatory

9  responses.  It's Exhibit 6.  Number 13.  Just let me

10 know when you're ready.

11     A.     I'm ready.

12     Q.     Number 13 asked you:  Who made the --

13 please identify who made the decision to place an

14 automatic outgoing e-mail response for plaintiff's

15 e-mail address that stated:  I am no longer working

16 in the office of associate dean for student affairs,

17 Broward.

18     A.     Uh-huh.

19     Q.     And the response is I did.

20     A.     Uh-huh.

21     Q.     Is that still your answer today?

22     A.     No.  No, that's not.

23     Q.     What is your answer today?

24     A.     I don't know who did it.  I don't know.  I

25 don't know.  Because I thought about when I was



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
230

1   separated it happened.  I don't know.

2        Q.    So why did you respond to Number 13 as I

3   did it?

4        A.    It was a mistake.  I'm just giving you an

5   honest answer.

6        Q.    After Dr. Williams was separated from

7   employment, do you know whether she filed an EEO

8   complaint?

9        A.    Pardon me?  Repeat your question.

10       Q.    Sure.  After Dr. Williams' employment was

11  separated, did she file an EEO complaint with the

12  university?

13       A.    Did I know that?

14       Q.    Yes.

15       A.    No, I did not.  I don't remember that.

16       Q.    Did Paula Behul ever discuss the fact

17  that --

18             THE COURT REPORTER:  Excuse me?

19       Q.    (By Ms. Chattergoon)   -- Dr. Williams

20  filed an EEO complaint?

21             MS. MOLDOF:  You just have to repeat it.

22       You broke up in the beginning.

23       Q.    (By Ms. Chattergoon)  Sorry.  Did Paula

24  Behul ever tell you that Dr. Williams had filed an

25  EEO complaint with the university after her notice of

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
231

1  separation?

2      A.   I really don't remember that.  I really

3  don't remember.  I can't remember that.  I don't

4  know.

5          MS. CHATTERGOON:  Okay.  If we could show

6      Dr. Brown Plaintiff's 401 to 409 and mark it as

7      Exhibit 9.

8          MS. MOLDOF:  What does it look like?

9          MS. CHATTERGOON:  It's dated -- it says

10     December 9th, 2013.  It's on FAU's letterhead.

11         MS. MOLDOF:  401 to 409?

12         MS. CHATTERGOON:  Yes, Plaintiff's 401 to

13     409.  It's on the Equal Opportunity Programs

14     letterhead.

15         (Plaintiff's Exhibit-Brown-9 was marked

16  for identification.)

17     Q.   (By Ms. Chattergoon)  Dr. Brown, take a

18  look at that packet and let me know when you're

19  ready.

20     A.   Okay.  Okay.

21     Q.   Do you recall participating in any

22  investigation done by the equal opportunity board or

23  program department?

24     A.   I don't -- I remember this, but I don't

25  remember participating in it.  I had forgotten all



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 34 of 120

CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                        232

1    about it.  I'm just being very candid with you.  I've

2    been away.  I don't remember.  But I remember this

3    memo, yes.

4          Q.    You remember the memo?

5          A.    Yes.  Yes.

6          Q.    Why do you remember the memo?

7          A.    Pardon me?

8          Q.    What about the memo do you remember?

9          A.    I remember Paula Behul bringing this to me

10   and talking to me about it.  That's it.  I've not --

11   I had forgotten all about it.  I've been -- like I

12   say, I've been away for two and a half years, so.

13   This --

14         Q.    Do you recall Paula Behul talking to you

15   about the facts included in this memo before the memo

16   was drafted?

17         A.    I don't recall, but I'm assuming she did.

18               MS. MOLDOF:  Don't assume.

19         Q.    (By Ms. Chattergoon)  Okay.  Take a look

20   at the very last page for me.

21         A.    Uh-huh.

22         Q.    Under Conclusion.  And it's Plaintiff's

23   408.  It's Number 6 -- Page 6 of the memo.

24         A.    Uh-huh.  Okay.

25         Q.    The paragraph listed here discusses some

CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                        233

1    concerns about Dr. Williams' performance during her

2    employment; [unintelligible] agree with that?

3              THE COURT REPORTER:  During her employment

4         what?

5         Q.    (By Ms. Chattergoon)  The paragraph

6    discusses certain concerns Dr. Brown had with

7    Dr. Williams's performance; is that correct?

8         A.    Uh-huh.

9              MR. MOLDOF:  You have to say yes or no.

10        Q.    (By Ms. Chattergoon)  Would you agree with

11   that, Dr. Brown?

12        A.    This paragraph basically explains my

13   concern in terms of her ability to work with people

14   in the division and work with students.  That was my

15   concern, yes.

16        Q.    And prior to your decision on or about

17   April 4th, 2013, to give Dr. Williams a letter of

18   reprimand, had you given Dr. Williams a written

19   reprimand for any of these concerns?

20        A.    No.  And according to HR guidelines, I

21   didn't have to.  I spoke with her about concerns.

22        Q.    Did you speak with her about the concerns

23   that other people had about not being able to work

24   with her?

25        A.    Yes, I did.  Yes, I did.



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
234

1    Q.    What was her response?

2    A.    Indifferent.

3    Q.    Did you ever tell Dr. Williams that her

4  continued -- her alleged continuation of not getting

5  along with certain persons or her inability to be,

6  quote, a team player as stated here would lead to

7  termination?

8    A.    I could have said that.  I could have said

9  it could lead to other -- to termination or

10  separation from -- I could have said that.  I don't

11  remember.  We had conversations about it.  And in

12  conversations that I had with her and Dr. King, I

13  talked about it.  I said they had to get together.

14  He was her supervisor and she had to respond to him

15  in a positive way.  So I could have.  I don't

16  remember the conversations.  I didn't have all this

17  at my disposal, so I don't know.  I could have said

18  some of those things, yes.

19    Q.    To be clear, the letter of reprimand that

20  you were going to give Dr. Williams, that was only

21  for the Ryan Rotela situation, correct?

22    A.    Yes.  Yes.

23    Q.    Do you recall Paula Behul asking you on or

24  about December of 2013 whether you would consider

25  giving Dr. Williams her position back?



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
235

```
1        A.     No, I don't recall that conversation.

2        Q.     When did you move to Atlanta, Georgia?

3        A.     I moved -- I left May of '13.  June of '13

4    I moved.  I could not sell my house.  I went back and

5    forth, but I moved.  I was back and forth.

6        Q.     And what was the reason for moving?

7        A.     I was -- I was separated from the

8    university by the president, the new president.

9               MS. CHATTERGOON:  Could we take a

10        five-minute break?  I believe I'm almost done.

11        I just need to see if I have anything else.

12               MS. MOLDOF:  Sure.

13               (A recess was taken from 6:08 p.m. to

14    6:12 p.m.)

15               MS. CHATTERGOON:  We can go back on.

16        Q.     (By Ms. Chattergoon)  I have just a few

17    more questions for you, Dr. Brown.

18        A.     Uh-huh.

19        Q.     Did you approve Dr. King and Terry Mena to

20    go to the national conferences we discussed early on

21    today?

22        A.     What are you asking?  Did I approve

23    them -- their travel?

24        Q.     Yes.

25        A.     Yes, I approved their -- when they
```



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
236

```
 1   requested -- when they requested to travel to
 2   conferences, yes, I approve it.  It comes through me.
 3        Q.    Was there a time that Dr. Williams
 4   requested your approval for travel to a conference --
 5        A.    Not to my knowledge.
 6        Q.    -- during the time --
 7        A.    Excuse me.  I'm sorry.  Are you finished?
 8        Q.    No.  Let me rephrase the question.  During
 9   her position as associate dean of students, was there
10   a time that Dr. Williams asked permission or asked
11   for your approval to attend a national conference
12   provided by NASPA or any other professional
13   organization?
14        A.    Yes.  And I signed off on it because she
15   didn't want to go to NASPA.  I think she wanted to go
16   to something else.  I signed off on it.  I provided
17   funding for the Broward campuses to participate in
18   conferences because they didn't have the budget for
19   it.  So, yes, if she requested travel to a
20   conference, NASPA or something related to what she
21   was doing, we had the money, I would approve it.
22        Q.    Okay.  Do you recall whether you -- do you
23   recall whether you did not approve it at first but
24   later on approved a travel request from Dr. Williams?
25        A.    I might have based on --
```



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
237

1          MS. WYDLER:  Object to the form.

2          THE WITNESS:  Excuse me.

3          MS. MOLDOF:  You can go ahead.

4          THE WITNESS:  Okay.  That's possible

5      because I look at budgets; and many times if the

6      budget is running ahead of -- is running -- if

7      our budget is being depleted faster than it

8      should and we're at a certain point in the

9      academic year, I might say no.  But if people

10     come back to me and I see that the budget --

11     Ilene Mates, my budget person, tells me we have

12     the money, I would come back and say yes, you

13     can go.  I've done that with several people.

14     I've denied people travel money, and I have said

15     you can -- and I've said later you can go

16     because we have the funds to carry us throughout

17     the academic year.  Yes, I've done that.  That's

18     part of my -- that's part of the process.  And

19     I've done it probably -- I probably have -- I

20     probably have done it with her just as I've done

21     it with other people.

22          Q.    (By Ms. Chattergoon)  Do you know if you

23     ever -- strike that.

24          Do you know if Terry Mena went to the

25     NASPA conference every year?



1      A.      Yes, he did.  He --

2      Q.      And did you approve --

3      A.      I don't know -- I don't know if he --

4      Q.      I'm sorry.

5      A.      Excuse me.  I'm sorry.

6      Q.      No, no, no.  I interrupted you.  I

7  apologize.

8      A.      He went on a regular basis.  He was a

9  chair of a -- one of the caucuses.  He was co-chair,

10  and he rose up and became chair.  And I told people

11  if they were officers, participating in professional

12  conferences as caucus chairs, caucus officers, or

13  officers in the organization, I would allow them and

14  find funding for them to go because it brought

15  recognition to the university.  He was --

16      Q.      How did one become caucus chair or

17  co-chair --

18      A.      Pardon me?

19      Q.      -- in an organization?

20              How did a person become caucus chair or a

21  chair at one of these organizations?

22      A.      They're elected by the membership.  He was

23  chair -- he was chair -- he rose up and became chair

24  of the Hispanic caucus of NASPA.  He started out just

25  working with the group, and eventually he was elected

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
239

1    co-chair and chair of the Hispanic caucus.

2         Q.    Okay.   And he would -- he was a member of

3    the organization itself?

4         A.    He was a member of the organization

5    itself.   Within our professional organizations we

6    have caucuses that work on certain issues.   You have

7    the African American caucus.   You have the Asian

8    caucus.   You have the Latino/Hispanic caucus.   And

9    the memberships would focus on issues of students in

10   those particular categories, and they work with the

11   larger organization providing resources, doing

12   research on it, providing services to institutions to

13   better serve those students.   He was a -- he was

14   active in NASPA in that manner, and he still is

15   active.   And --

16        Q.    Could you be active in NASPA or any of

17   these professional organizations or any of these

18   caucuses without attending conferences?

19        A.    Yes, you could.

20             MS. WYDLER:   Object to the form.

21             THE WITNESS:   Yes, you could, but they

22        want people who can come to the conferences.   He

23        only went to the conference once a year.   They

24        had a lot of phone conferences.   They did a lot

25        of e-mail and texts.   I saw the stuff that he



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
240

```
1        did.   He would share things with me.   And there
2        were others who were active in national
3        organizations that would share things with me.
4        They did not go to the -- they did not have to
5        go to conference, but I would allow them to go
6        to the conference.   And most student affairs
7        vice-presidents allow people who take on
8        leadership roles in national conferences to go
9        to the conference because it brings recognition
10       to the university.
11       Q.    (By Ms. Chattergoon)   Okay.   Did Terry
12   Mena go to the NASPA annual conference every year?
13       A.    He went for -- he didn't go every year.
14   He went -- I can't tell you how many -- he started to
15   go when he became the permanent associate dean on the
16   Boca campus.   That's when he -- and he went.   He
17   started to work with the caucus.   He'd miss them.
18   Then he started -- he got elected as an officer, and
19   then he started to go because that was one of the
20   things I promised people.   If we had money --
21       Q.    That was one of the things --
22       A.    That was one of the things I promised
23   staff members, the senior staff, if they got involved
24   in leadership roles in national conferences.   This is
25   nothing unusual.   This happens on campuses across the
```



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
241

1    country.  Vice-presidents provide that kind of

2    opportunity for their senior staff who get involved

3    in national conferences.  And sometimes even people

4    not in the senior roles, if they get involved in

5    national conferences in leadership roles, we try to

6    provide support.

7         Q.    Okay.  So are you saying only if they

8    were -- if they participated in leadership roles,

9    that's when you would approve travel to go --

10        A.    No, that's not --

11        Q.    -- to the conferences?

12        A.    No, that's not what I said.  You asked me

13   if Terry Mena went every year.  I said he went every

14   year based on that.  People went based on the budget.

15   If we had the money for people to go.  The only

16   person that went on a regular basis was me, and I

17   missed some because of budget crisis.  And Dr. King

18   never really went to conferences unless they -- the

19   national conferences unless they were in Florida.  So

20   everybody did not go.  That's a -- it's at the

21   discretion and it's at the request.

22        Q.    Is that your discretion?

23        A.    It's at my discretion as vice-president.

24   The budget is my responsibility.  And we have only so

25   many dollars.  But I tried to accommodate people,



Case 0:15-cv-60621-DPG  Document 79-2  Entered on FLSD Docket 06/27/2016  Page 44 of 120

CHARLES L. BROWN, SR.                          March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                          242

1    more than one person, more than -- people across the
2    board.
3        Q.    Do you know if Terry Mena went to the
4    association SACSA conference?
5        A.    The what conference?  I didn't hear you.
6    Repeat.
7        Q.    SACSA.
8        A.    SACSA?
9        Q.    SACSA.  Do you know what SACSA is?
10       A.    SACSA?
11       Q.    Yes.
12       A.    Yes, I know what SACSA is.  Southern
13   Association of College Student Affairs.
14       Q.    Did Terry Mena go to that conference?
15       A.    I don't know.  He reported to Dr. King.
16   And I hate to divert to Dr. King, but that was his --
17   that was part of his budget, that travel.
18       Q.    Do you know if A.J. Chase went to any
19   NASPA conference?
20       A.    She didn't request.  I know she -- I think
21   she went to at least one during my tenure, I think.
22   I don't know for sure, but I think she went to at
23   least once -- one.  Yes, they went to -- we had one
24   in Tampa.  They went, she and --
25       Q.    Okay.



CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                        243

```
 1          A.      -- Marianne Mercer, yes.

 2          Q.      Do you know what the NASPA Institute for

 3    Vice-Presidents is?

 4          A.      For vice-presidents?

 5          Q.      The NASPA Institute for Vice-Presidents.

 6          A.      No.   I know what the NAPA Institute for

 7    Rising Vice-Presidents is.

 8          Q.      I'm sorry, could you repeat that?

 9          A.      The Institute for Rising Vice-Presidents,

10    yes.

11          Q.      Yes.   What is that?

12          A.      It's an institute where persons who are

13    interested -- people in the vice-presidency, people

14    who have just been elected vice-presidents, it's an

15    institute for new vice-presidents.

16          Q.      Did Terry Mena go to that institute?

17          A.      Yes.   It's also for -- you can allow

18    associate deans and deans, people who are aspiring to

19    be vice-presidents, they can go.

20          Q.      Did you -- did A.J. Chase attend that

21    institute?

22          A.      Not to my knowledge.

23          Q.      Did you have to approve the attendance at

24    these institutes?

25          A.      Travel for the deans, the travels could be
```



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
244

1   approved by Dr. King.

2        Q.    Do you know if Dr. King approved Terry

3   Mena going to this institute?

4        A.    I don't recall.  But if he did not -- if

5   he did not do it, I did.  Because I would tell

6   staff -- I would tell staff.

7              MS. MOLDOF:  Let her ask the questions.

8              THE WITNESS:  I'm done.

9        Q.    (By Ms. Chattergoon)  I'm sorry, what did

10  you say?

11       A.    Nothing.  I'm finished.

12       Q.    Okay.  Do you know if David Vines went to

13  the NASPA Institute for Rising Vice-Presidents?

14       A.    No.

15       Q.    You don't recall approving travel for

16  David Vines?

17       A.    I approved travel for David Vines, but I

18  don't think it was to that particular institute, no,

19  because David was not -- no, I don't -- yeah, he

20  traveled, but I don't think -- if I recall correctly,

21  it was not to that institute, no.

22       Q.    Do you recall him going on any

23  conferences?

24       A.    I think he did.  I don't know for sure,

25  but I think he did.  Like I said, I -- I don't know.



CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                       245

1    I can't recall.  If I had everything in front of me,

2    I could tell you.  I don't -- I know I encouraged

3    people to go, to request funding to go to

4    conferences, but I don't know.  I really don't know.

5    I can't tell you yes or no.  And I don't want to tell

6    you something that is incorrect.

7         Q.    Did Dr. Williams ever express interest in

8    going to the NASPA Institute for Rising

9    Vice-Presidents to you?

10        A.    I don't remember her asking.

11              MS. WYDLER:  Object to form.

12        Q.    (By Ms. Chattergoon)  The question was do

13   you recall if Dr. Williams expressed interest to you

14   on attending the NASPA Institute for Rising

15   Vice-Presidents?

16        A.    I don't recall her asking.  I don't recall

17   her asking.

18        Q.    Do you recall -- do you recall approving

19   any travel for Dr. Williams to that Institute for

20   Rising Vice-Presidents?

21        A.    I don't recall.

22        Q.    Do you recall a request for travel?

23              MS. MOLDOF:  Objection.  Asked and

24        answered.

25        Q.    (By Ms. Chattergoon)  You can answer.



CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                                       246

1          A.     I don't recall.  I don't recall.  She

2     could have, but I don't recall.

3          Q.     I want you to take a look at Exhibit

4     Number 9, Page 3.  It's marked PL, Plaintiff's, 405.

5     I want you to take a look at the second paragraph on

6     that page that begins with one particular example.

7               MS. WYDLER:  What exhibit are you looking

8          at?

9               MS. CHATTERGOON:  Exhibit Number 9.

10              MS. WYDLER:  Which one is that one?

11              MS. CHATTERGOON:  It's the December 9th,

12         2013 -- it's the summary of complaint by the

13         EEO -- EOP office.

14              MS. WYDLER:  Okay.  Thank you.

15         Q.     (By Ms. Chattergoon)  Just let me know

16    when you are ready, Dr. Brown.

17         A.     I'm ready.

18         Q.     Okay.  Do you see the second paragraph

19    that I was referring to?

20         A.     Yes, I do.  Uh-huh.

21         Q.     Okay.  This second paragraph states that

22    Dr. Williams failed to carry out supervisory

23    directives to develop plans to install a simple

24    canopy structure over the existing patio on the Davie

25    campus.  Do you see that?



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
247

1      A.     Yes, I do.

2      Q.     Do you recall this issue?

3      A.     Yes, I do.

4      Q.     What do you recall about this issue?

5      A.     I recall that we had made a decision not

6  to build the covered canopy on the Davie campus, and

7  Dr. Williams said she had met with students and

8  students wanted it; and she had solicited the support

9  of students to get it done, and I told her we were

10 not going to do it.

11     Q.     Okay.  So how was she unable to carry out

12 a supervisory directive?

13     A.     First of all, I had said we were not going

14 to do it, and she engaged this -- if I remember

15 correctly, a study, a design that -- for this

16 facility.  The facility started out at one cost when

17 I first -- when it was first discussed.  The cost

18 continued to rise.  And I shared the idea with the

19 senior staff, the VP for finance, who is over all of

20 the budgeting, and we all agreed that we were not

21 going to build a covered patio on the Broward campus.

22     Q.     What was the reason for not building it?

23 Was it the cost itself?

24     A.     The cost itself and the usage of it.  We

25 felt like it was not a facility that was needed.



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
248

1     Q.     And who is we?

2     A.     The senior staff.  I took it to the

3  president and the senior staff and the vice-president

4  of finance, everyone around the table, and I

5  discussed it with them; and we decided as a team that

6  we did not need to build a pavilion on the Broward

7  campus.

8     Q.     Do you recall when that was?

9     A.     No, I do not recall, but I remember the

10  conversation.  I took it to the president.  I talked

11  to Dennis Crudele, who was then the vice-president

12  for finance.  We talked about student fees, all of

13  that, and we decided that we did not need the

14  facility on -- we did not need to build a covered

15  pavilion.

16     Q.     Do you recall whether that was during

17  Dr. Williams' position as an associate dean of

18  students?

19     A.     I think it was.  I think it was.  I think

20  it was.

21     Q.     What is the CITF fund?

22            MS. MOLDOF:  What was that?

23     Q.     (By Ms. Chattergoon)  What is the CITF

24  fund?

25     A.     Those are funds that are collected from

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
249

1    students to build student facilities on campuses

2    across the state of Florida.   The monies are

3    collected over a period of time and invested and then

4    distributed to campuses based on size and how much

5    the campus had invested in the CITF funds.

6         Q.    And how was it collected from students?

7         A.    Students paid a fee.   It was like, I

8    think, $12, $13 per credit hour.   The state did not

9    fund the construction of student facilities.

10   Students had to fund that -- fund those construction

11   costs, and that's how most of -- like the campus

12   recreation center, athletic fields, intermural

13   athletic fields, not intercollegiate athletic fields,

14   but the intermural athletic fields, all of those

15   things are funded by CITF funds.

16        Q.    And do the students have a say in how

17   those funds are spent?

18        A.    Yes, they do.   We have a committee.   There

19   was a CITF committee made up of students, faculty,

20   and staff.   50 percent of the committee were

21   students.

22        Q.    And would the students have had a say on

23   how -- or this canopy structure on the Davie campus?

24        A.    Yes, they had a voice in it, but we

25   explained to students that it was not -- it was not a



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
250

```
 1   pressing facility, we did not need the facility.  And
 2   many of the students agreed with us.  It did not --
 3        Q.    Did you ever ask for a student increase
 4   in -- or an increase of capital improvement fees?
 5        A.    What do you mean, did I ever ask for an
 6   increase?
 7        Q.    Did you ever ask student government
 8   leaders to request a $2 increase in capital
 9   improvement fees?
10        A.    That's a university request.  That's not a
11   Charles Brown request.  That's a request from the
12   university.  When we sit down and meet with the
13   student leaders, we -- the university requests.  All
14   of the universities have to make a request in terms
15   of increasing the CITF fees, yeah.  It's not --
16        Q.    Okay.  Who --
17        A.    It goes --
18        Q.    Who in the university directed the request
19   for that fee?
20        A.    Who does what?
21             MS. WYDLER:  Object to the form.
22        Q.    (By Ms. Chattergoon)  You said it was a
23   university request, not a Charles Brown request,
24   correct?
25        A.    That's what I said.  The CITF fee is a fee
```



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
251

1    that is used, and the university determines how

2    much -- students can say $2, but the university

3    decides how much -- and the board of trustees has to

4    approve it.  It's not like I say we're going to go up

5    $2.  The board of trustees decides how much students

6    pay for fees.  Anytime there's an increase -- the

7    committee makes a recommendation.  If the students

8    make the recommendation, it goes to the VP for

9    finance.  And I would do the presentation to the

10   board.  The board can either approve it or disapprove

11   it.  So it wasn't like Charles Brown said we're going

12   to increase the CITF funds and we do it, no.  It has

13   to be approved by the board of trustees.  And the

14   board of trustees has been known not to approve

15   CIT -- because they felt like students were paying

16   too much currently when those fee proposals came up.

17   So it's not just --

18        Q.     Did the --

19        A.     -- student affairs --

20        Q.     I'm sorry.

21        A.     Student affairs just administered along

22   with financial affairs the CITF allocation process

23   along with facilities in terms of building buildings,

24   planning.  The process is a long-term process.  We

25   usually sit and decide what facilities each campus



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
252

1    needs based on -- based on student population and

2    based on the strategic vision for FAU.

3         Q.    Did the students need to approve or vote

4    on the increase in fees before it went to the board

5    of trustees?

6         A.    Yes.   Yes.

7         Q.    Was there ever a time when the university

8    borrowed CITF funds from the Broward campus to give

9    to the Boca campus?

10        A.    Yes.   We did that all the time.   We

11   borrowed from campus to campus.   But once M.J.

12   Saunders came to the university, the whole control of

13   CITF funds came under the auspices of the position

14   that I held.   So I had -- I had leeway to move monies

15   any way I -- any way I wanted to to benefit students.

16   We moved -- we moved funds from Boca to Broward all

17   the time.   When we built the student union at

18   Broward, the students didn't have -- the students did

19   not have monies to operate in terms of student

20   organizations, student programs, student travel.   The

21   Boca campus gave money that was never paid back to

22   Broward, so.

23        Q.    I'm sorry, could you repeat that last part

24   for me?

25        A.    They gave money that -- to Broward that



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
253

1   was never repaid, and it didn't matter because we

2   were one division of student affairs.  The budgets

3   were my responsibility.  I could move monies around

4   any way I wanted to as long as -- as long as it was

5   not unethical and I was not breaking university

6   policy or any other -- doing any other elicit thing

7   with the money.  I had a budget person.  We worked

8   with financial affairs.  Those dollars were the

9   responsibility of the person who sat in the seat that

10  I held at FAU.

11        Q.    Did you have that same authority before

12  President Saunders became the president?

13        A.    Yes, I did.  I had that authority.  Even

14  though you had the campus vice-presidents and the

15  campus dean, President Brogan, when he hired me, he

16  said you have the authority -- you -- this is your

17  responsibility to move this through and work with the

18  deans, work with the students, and make sure that we

19  address facility needs for students through this

20  process, yes.  I'm the one that set up the

21  committees, not the deans, not the vice-presidents.

22  It was my responsibility to set up the CITF committee

23  to make sure we had appointees from all of the

24  campuses, make sure the committee met, discussed

25  projects, and developed a list of projects that we

ESQUIRE

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016

254

1    were going to do.  It was a list of recommendations

2    that could change.  It was a tentative list.  It was

3    tentative because we would change.  And the change

4    could be dictated by the president or the board of

5    trustees.

6          Q.    Have you received any telephone calls

7    since your -- well, strike that.

8               Since Dr. Williams' employment was

9    separated, did you ever receive any calls for

10   references for her?

11         A.    No.  No, I have never received a call for

12   a reference for Dr. Williams.

13         Q.    Okay.  You have retained Mr. Whitelock's

14   firm in connection with this lawsuit, correct?

15         A.    Pardon me?

16         Q.    You have retained Mr. Whitelock's firm in

17   connection with this lawsuit, correct?

18               THE WITNESS:  May I answer?

19               MS. MOLDOF:  Yeah.

20               THE WITNESS:  I knew nothing about the

21       lawsuit.  I was gone when this lawsuit was

22       filed, so I -- I don't work for FAU.  I was

23       separated from FAU.

24         Q.    (By Ms. Chattergoon)  How did you find out

25   about the lawsuit?

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 57 of 120

March 11, 2016
255

1   A.   I was contacted.

2   Q.   Who were you contacted by?

3   A.   Larry Glick from FAU.

4   Q.   I'm sorry?

5   A.   Larry Glick, one of FAU's attorneys.

6   Q.   Okay.  When you were given a notice of

7   separation with the university, did you enter into

8   any agreement with the university at that time?

9   A.   What type of agreement?

10       MS. WYDLER:  Object to the form.

11   Q.   (By Ms. Chattergoon)  Did you enter into

12   any agreements with the university at the time you

13   were given your notice of separation?

14   A.   No.

15       MS. WYDLER:  Object to the form.

16       THE WITNESS:  No.  No.

17   Q.   (By Ms. Chattergoon)  Have you entered

18   into an agreement with the university to participate

19   in this lawsuit?

20       MS. WYDLER:  Object to the form.

21       THE WITNESS:  No.

22   Q.   (By Ms. Chattergoon)  Okay.

23   A.   No.

24   Q.   How did you come to retain Mr. Whitelock's

25   firm?



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
256

1      A.      I was called by Larry Glick from FAU, and

2   he said I was --

3           MS. MOLDOF:   No, no, no.   Attorney-client

4      privilege.   Don't talk about what he told you.

5           THE WITNESS:   Okay.

6           MS. CHATTERGOON:   Well, there's no

7      attorney-client privilege with Larry Glick, so

8      he can answer that question.

9           MS. WYDLER:   Well, I don't think you've

10      established the timing.

11           MS. MOLDOF:   Right.

12           MR. CHATTERGOON:   Okay.   I can do that.

13      Q.      (By Ms. Chattergoon)   When did Larry Glick

14   contact you?

15      A.      I don't know.   I don't remember the date.

16   I don't remember the date.   He called me sometime I

17   guess -- I really don't remember the date, I don't.

18      Q.      And he called you to inform you that this

19   lawsuit had been filed?

20      A.      Yes.

21      Q.      Have you reviewed the complaint in this

22   lawsuit?

23      A.      Yes.

24      Q.      And do you know whether the lawsuit was

25   filed sometime in 2015?

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
257

1    A.    I don't remember.

2    Q.    Okay.  Did Mr. Glick recommend

3 Mr. Whitelock's firm to you?

4    A.    Did he recommend?

5    Q.    Yes.

6    A.    He didn't recommend anything to me.  He

7 was --

8    Q.    When did you hire -- I'm sorry, go ahead.

9 I interrupted you.

10    A.    What are you asking me?  I really don't

11 understand what you're asking me.

12    Q.    Did Mr. Glick recommend Christopher

13 Whitelock as an attorney for you?

14    A.    Yes.

15    Q.    And when did you retain Mr. Whitelock?

16    MS. MOLDOF:  I'm going to object.  That's

17 attorney-client privilege, whatever date he came

18 in and retained us.

19    MS. CHATTERGOON:  I'm sorry?

20    MS. MOLDOF:  I'm going to object as to the

21 date that he came in and retained us.

22    MR. CHATTERGOON:  What's the objection on

23 the date?

24    MS. MOLDOF:  Attorney-client privilege if

25 we had prior conversations with him.



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 60 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016

258

1        MR. CHATTERGOON:  Okay.

2        Q.    (By Ms. Chattergoon)  When did you make a

3   decision to retain Mr. Whitelock's firm?

4        A.    I don't remember the date.  Whenever Larry

5   Glick called me.  I don't remember the date.

6        Q.    Did Larry Glick instruct you to retain

7   Mr. Whitelock's firm?

8        MS. WYDLER:  Object to the form.

9        MS. MOLDOF:  You can answer.

10       THE WITNESS:  Yes.

11       Q.    (By Ms. Chattergoon)  Okay.  Is there an

12  agreement between yourself and FAU for FAU to pay

13  Mr. Whitelock's firm?

14       MS. WYDLER:  Object to the form.

15       THE WITNESS:  Yes.

16       Q.    (By Ms. Chattergoon)  And what does that

17  agreement entail?

18       A.    I really don't know.

19       Q.    Is it a written agreement?  There's a

20  question pending, Dr. Brown.  Is it a written

21  agreement?

22       A.    No.

23       Q.    Okay.

24       MS. WYDLER:  Did you finish, Dr. Brown?

25       THE WITNESS:  Yes.  I just said no.



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
259

1          MS. WYDLER:  Okay.  I don't know if you

2      want to have this on the record or off, whatever

3      your preference is, but -- what would you like,

4      Ria?

5          MS. CHATTERGOON:  We could go off the

6      record.

7          MS. WYDLER:  Okay.

8          (Discussion off the record from 6:42 p.m.

9   to 6:43 p.m.)

10          MS. WYDLER:  I guess we can go back on the

11      record.

12          MS. CHATTERGOON:  Okay.

13      Q.    (By Ms. Chattergoon)  After Dr. Williams

14  was separated from her employment, do you recall

15  discussing the Ryan Rotela incident at a senior staff

16  meeting?

17      A.    No.  No.

18          MS. CHATTERGOON:  All right.  I don't have

19      any more questions.

20          MS. WYDLER:  I'm going to reserve my right

21      to cross-examine the witness.

22          MR. CHATTERGOON:  Okay.

23          MS. WYDLER:  And I think I have an

24      agreement with counsel for the witness.

25          MS. CHATTERGOON:  Okay.



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
260

1    MS. MOLDOF:  Yes, that is true.  I mean,
2    at this point I'd like to reserve my right.  We
3    have to get out of here.
4         MS. CHATTERGOON:  Okay.
5         MS. MOLDOF:  Okay.  Great.
6         MS. CHATTERGOON:  Just for the record, you
7    guys are reserving your right to cross-examine
8    Dr. Brown.  Do you plan on doing that in
9    Atlanta?
10        MS. WYDLER:  I don't know.
11        MS. MOLDOF:  To be honest, I don't know.
12        MR. CHATTERGOON:  Okay.  I'd like to make
13   a request on the record that if plans are made
14   to cross-examine Dr. Brown in Atlanta that
15   videoconferencing be available.
16        MS. WYDLER:  I have no objection.
17        MS. MOLDOF:  That's fine.  I have no
18   objection to that.
19        MS. CHATTERGOON:  Okay.  Thank you.  Thank
20   you, Dr. Brown.
21        THE WITNESS:  Thank you.
22        MS. MOLDOF:  We're going to read.
23        MS. WYDLER:  I will order a copy.
24        MS. MOLDOF:  We'll order the transcript.
25        THE COURT REPORTER:  Ria, are you ordering



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
261

1      it transcribed?

2           MS. CHATTERGOON:  I'm sorry?

3           THE COURT REPORTER:  Are you ordering it

4      transcribed?

5           MS. CHATTERGOON:  No.  I'll let you know.

6      I believe Ms. Wydler ordered it.

7           MS. WYDLER:  If she doesn't order it, then

8      I want to order it.

9           THE COURT REPORTER:  Okay.  You're going

10     to pay the O+1 cost, Ms. Wydler?

11          MS. WYDLER:  I'm sorry, I can't hear you.

12          MS. MOLDOF:  Lourdes, you're going to pay

13     for the copy -- not for a copy, you're going to

14     order the transcript?

15          MS. WYDLER:  The order, yes, I'm ordering

16     it.

17          (Pursuant to Rule 30(e) of the Federal

18     Rules of Civil Procedure and/or O.C.G.A. 9-11-30(e),

19     the deponent and/or a party having requested the

20     right to review the deposition, making corrections

21     and/or changes and signing, for that purpose the

22     errata pages have been annexed hereto.)

23          (Deposition adjourned at 6:45 p.m.)

24

25



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
262

1

2                    C E R T I F I C A T E

3

4    STATE OF GEORGIA:

5    COUNTY OF FULTON:

6

7            I hereby certify that the foregoing

8      transcript was taken down, as stated in the

9      caption, and the questions and answers thereto

10     were reduced to typewriting under my direction;

11     that the foregoing pages 1 through 261 represent

12     a true, complete, and correct transcript of the

13     evidence given upon said hearing, and I further

14     certify that I am not of kin or counsel to the

15     parties in the case; am not in the regular

16     employ of counsel for any of said parties; nor

17     am I in anywise interested in the result of said

18     case.

19          This, the 22nd day of March 2016.

20                    Kelly S Lawrence

21

22                 KELLY S. LAWRENCE, CCR-B-1625

23

24

25



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
263

COURT REPORTER DISCLOSURE

DEPOSITION OF:   CHARLES L. BROWN, SR.

Pursuant to Article 10.B. of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia which states: "Each court reporter shall tender a disclosure form at the time of the taking of the deposition stating the arrangements made for the reporting services of the certified court reporter, by the certified court reporter, the court reporter's employer, or the referral source for the deposition, with any party to the litigation, counsel to the parties or other entity.  Such form shall be attached to the deposition transcript," I make the following disclosure:

I am a Georgia Certified Court Reporter.  I am here as a representative of Esquire Deposition Solutions. Esquire Deposition Solutions was contacted to provide court reporting services for the deposition.  Esquire Deposition Solutions will not be taking this deposition under any contract that is prohibited by O.C.G.A. 9-11-28(c).

Esquire Deposition Solutions has no contract/agreement to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition. Esquire Deposition Solutions will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party to this litigation.

*Kelly S. Lawrence*

Kelly S. Lawrence, CCR-B-1625          03/11/2016

Signature of attorneys present:       Date:

/s/

/s/

/s/

Return this form after review and/or signatures to the court reporter for inclusion in the record. Please use reverse side for additional signatures.



800.211.DEPO (3376)
EsquireSolutions.com

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
264

```
 1              DEPOSITION ERRATA SHEET
 2
 3    Our Assignment No. J0315282
 4    Case Caption:  ROZALIA WILLIAMS vs.
 5                   FLORIDA ATLANTIC UNIVERSITY, et al.
 6
 7         DECLARATION UNDER PENALTY OF PERJURY
 8         I declare under penalty of perjury that I
 9    have read the entire transcript of
10    my Deposition taken in the captioned matter
11    or the same has been read to me, and
12    the same is true and accurate, save and
13    except for changes and/or corrections, if
14    any, as indicated by me on the DEPOSITION
15    ERRATA SHEET hereof, with the understanding
16    that I offer these changes as if still under
17    oath.
18         Signed on the _____ day of
19    _____, 20___.
20
21    _____
22              CHARLES L. BROWN, SR.
23
24
25
```



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
265

```
 1              DEPOSITION ERRATA SHEET
 2    Page No._____Line No._____Change to:_____
 3    _____
 4    Reason for change:_____
 5    Page No._____Line No._____Change to:_____
 6    _____
 7    Reason for change:_____
 8    Page No._____Line No._____Change to:_____
 9    _____
10    Reason for change:_____
11    Page No._____Line No._____Change to:_____
12    _____
13    Reason for change:_____
14    Page No._____Line No._____Change to:_____
15    _____
16    Reason for change:_____
17    Page No._____Line No._____Change to:_____
18    _____
19    Reason for change:_____
20    Page No._____Line No._____Change to:_____
21    _____
22    Reason for change:_____
23
24    SIGNATURE:_____DATE:_____
25          CHARLES L. BROWN, SR.
```



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
266

1              DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_____

25           CHARLES L. BROWN, SR.



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: $12..25

**$**

**$12**
249:8

**$13**
249:8

**$2**
250:8
251:2,5

**$7,000**
15:12

**(**

**(a)**
161:15

**(b)**
161:15

**(c)**
161:16

**(d)**
112:15

**1**

**1**
109:20
111:22
161:4,15

**10**
109:25
112:4
113:2,5

**10(c)**
112:13,14

**10(d)**
113:2

**11**
5:2

**116**
55:18,23,
24 56:22

**118**
58:22

**1186**
210:22

**1196**
206:13

**11:00**
207:21

**121**
55:18,23,
25 56:23

**12:04**
50:4

**12:13**
50:5

**12th**
122:12

**13**
42:12
84:21
229:9,12
230:2
235:3

**14**
219:21

**1438**
98:3,21

**1439**
124:23
125:9,13
129:12,
21,22
130:11
147:10

**1440**
125:9,13
129:22
130:10

**147:10**

**1454**
126:21,25
127:14
132:10,14

**1455**
98:4,22

**1458**
126:24

**1485**
36:2

**1504**
36:3

**1505**
109:15
119:23

**1506**
109:15
119:24

**1513**
198:15,21

**1514**
199:3

**1515**
200:16

**1517**
203:10

**1518**
203:7

**1521**
203:22

**1522**
198:15,21

**16th**
137:8

**17th**
203:23
204:10,20
211:10,
12,24

**214:5**

**18th**
205:3,8

**19th**
137:8

**1:00**
49:22

**1:15**
93:7

**1:16**
94:8

**2**

**2**
37:1
55:17
56:21
170:1
199:2,8,
9,23

**20**
36:11

**2003**
17:16

**2006**
17:12,14,
15,16
18:24
178:7

**2007**
178:13

**2008**
118:15

**2009**
118:15

**2010**
122:8
172:23

**2011**

**25:1**
50:12
122:12

**2012**
78:8
84:21

**2013**
15:21
42:12
90:10,13
97:25
104:19
137:8
199:4,16
200:19
202:24
203:9,23
204:10,20
205:4,8
210:20
211:10,24
214:18
216:25
231:10
233:17
234:24
246:12

**2014**
11:23,24,
25 12:3,5
50:12
96:13

**2015**
11:16
256:25

**2016**
5:2

**21**
36:12

**23rd**
122:8

**25**
29:3 30:5



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: 250..Absolutely

**250**
40:9,11,
20,22
41:1

**25th**
97:25
104:19

**26th**
206:13
210:20
211:12
214:5,18
216:25

**29**
178:22

**2:00**
93:7,9,11
94:5

**2:16**
94:9

---

**3**

**3**
59:20
171:18
174:5
192:8,11,
14  246:4

**30**
208:16

**30(e)**
261:17

**300**
40:7,11,
20,23
41:1

**3:00**
209:11

**3:24**
137:3

**3:25**
137:4

---

**4**

**4**
36:25
37:1,24
98:21
124:16

**4.007**
36:9

**40**
33:6,11

**401**
231:6,11,
12

**405**
246:4

**408**
232:23

**409**
231:6,11,
13

**45**
49:22
93:14
206:21

**4:06**
168:22

**4:18**
168:23

**4th**
199:4,16
202:24
233:17

---

**5**

5

**109:16**
117:3
119:7,11
121:20,23
147:10
161:15
170:5

**5,000**
156:2

**5.008**
14:6
214:24

**5.012**
59:7
192:8

**50**
249:20

**579**
59:12

**583**
59:12

**5:00**
93:9,11,
18 209:2

**5:09**
206:15

**5:10**
207:1

**5:29**
207:2

**5th**
200:19

---

**6**

**6**
168:12
169:2,12
182:11
189:21
194:19

**229:9**
232:23

**6:08**
235:13

**6:12**
235:14

**6:42**
259:8

**6:43**
259:9

**6:45**
261:23

---

**7**

**7**
169:1
198:15
199:3

---

**8**

**8**
39:12
161:4
162:23
163:5
210:19
214:18

**8.B**
5:4

**8th**
126:22
203:9

---

**9**

**9**
39:13
109:21,24
161:14

**162:23**
163:5
194:11,12
231:7
246:4,9

**9-11-30(e)**
261:18

**9th**
231:10
246:11

---

**A**

**A.J.**
92:8
95:20,21,
23 96:19,
22 97:2,
10,13
159:15
160:17,
18,22
161:7
178:1,3,5
197:14,23
198:1,7
212:19
213:13
242:18
243:20

**Abbate**
220:2,9

**ability**
6:13,24
7:9
116:12
218:23
233:13

**abreast**
23:14
44:22
45:1 85:4

**Absolutely**



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 71 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: academic..affairs

168:16

**academic**
71:22
127:23
139:15
143:8
224:8,12
225:4,21
226:7,10,
13,21,23
237:9,17

**accept**
171:19
173:3
174:20
175:9,10,
20
201:24,25

**accepting**
173:10

**access**
228:14,18
229:1,5

**accommodate**
241:25

**accommodation**
209:3,7

**accommodations**
209:4

**accomplishments**
72:8

**accordance**
112:17
171:23
172:9
174:11
175:1,25

**account**
228:3,6,

10

**accreditation**
71:20
75:15,18

**accurately**
28:19

**ACPA**
20:20

**active**
239:14,
15,16
240:2

**activities**
47:17
61:25
131:23,24
219:15

**activity**
34:12

**actual**
101:20
116:19
216:1

**add**
38:10,15,
21 39:7
162:2
172:5
182:24
184:16
185:4,15

**added**
109:7
186:16

**adding**
39:17
186:25

**additional**
49:3
188:14

**address**
40:1
106:13
225:4
229:15
253:19

**addressed**
28:6
160:2

**adjourned**
261:23

**adjudicating**
43:3

**adjudication**
43:11
105:19
109:6
122:24
123:4
140:2
149:7

**administer**
43:16
104:20

**administered**
105:1
159:18,19
200:5,8
251:21

**administering**
101:7
104:12
152:10
167:24

**administration**
34:19
42:24
43:1

44:6,16
107:23
108:8

**administrative**
96:1
188:3
216:13

**administrator**
189:8,9

**Administrators**
19:17
133:19

**admitting**
99:14

**advertising**
221:25

**advice**
162:5
186:12
188:21
189:4,11

**advise**
164:15
206:16
214:12

**advised**
43:22
61:23
144:21
163:13
188:9,22,
23,25

**advises**
61:23

**advising**
134:11
141:14

**advisor**
38:17

162:3

**advisors**
105:15
166:12

**affairs**
16:18,23
17:3,19
19:5,8,
13,19,22
20:1,22,
25 22:5,
7,9 25:21
26:12
27:19
28:25
29:2,5,6
30:4,5,6,
7,9,15
38:3,18
42:8
46:9,11,
14 47:19
50:8
51:18
57:13
61:22
64:8
66:16
69:4,7,19
71:18,22
86:4
97:20
106:9
114:10
115:23
125:21
139:15
142:6
143:8
156:6
157:2
162:4
163:13
166:13
168:1
172:18,19



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 72 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: affect..area

178:15,
17,19,23
187:11
188:7,24
225:4
227:25
229:16
240:6
242:13
251:19,
21,22
253:2,8

**affect**
6:23 7:9

**affected**
173:2

**African**
27:11
32:13
33:23
239:7

**age**
27:14

**agenda**
187:19,
21,22

**agendas**
187:19,25
188:2

**agree**
190:3
224:18
233:2,10

**agreed**
159:2
202:24
224:16
247:20
250:2

**agreement**
141:15
148:22
159:3

206:10
208:24
209:8,13
210:10
255:8,9,
18
258:12,
17,19,21
259:24

**agreements**
255:12

**ahead**
41:17
191:22
237:3,6
257:8

**allegations**
8:15
112:12

**alleged**
112:19
234:4

**allocation**
251:22

**allowed**
53:5,17
73:7,9
109:9,10
168:7
191:7
213:8

**allowing**
52:23

**alternative**
149:20

**American**
19:17
27:11
32:14
33:23
239:7

**and/or**

170:3
261:18,
19,21

**annexed**
261:22

**announcement**
81:25

**annual**
40:2
106:20
133:24,25
152:14
153:17
162:1
164:3,6
187:4
240:12

**annually**
38:14,19
39:22
109:5

**answering**
6:12 91:8
92:19
115:20
174:9

**answers**
168:25
169:12,22

**Anthony**
220:2,3,6

**anticipation**
8:11

**anymore**
69:25

**Anytime**
44:23
251:6

**apologize**
40:15

74:21
111:16
117:17
125:7
176:24
211:18
238:7

**Apparently**
91:4

**appeal**
43:13
122:25
123:5
142:1,2,3

**appearance**
226:18

**appearing**
207:3
224:5

**appellate**
43:11,23

**appoint**
78:19

**appointed**
45:17,22
48:8
178:8,24
223:10

**appointees**
253:23

**appointment**
171:21
174:23
175:21

**approach**
129:17

**approval**
108:17,18
121:16,22
166:11
236:4,11

**approve**
108:14
117:9
118:18
120:10
137:24
138:2
222:12
235:19,22
236:2,21,
23 238:2
241:9
243:23
251:4,10,
14 252:3

**approved**
168:3
235:25
236:24
244:1,2,
17 251:13

**approving**
244:15
245:18

**Approximately**
16:20

**April**
12:7
199:4,16
200:19
202:24
203:9,23
204:10,20
205:3,8
206:13
210:20
211:10,
12,24
214:5,18
216:25
233:17

**area**
113:20



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 73 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: areas..attendance

**areas**
  41:22

**around-the-table**
  187:24

**arrangements**
  149:20

**arrested**
  8:1

**arrived**
  27:8,17
  41:20
  49:9
  118:7,13,
  15 131:3
  156:24

**Art**
  29:1 30:3

**Article**
  5:4

**Asian**
  239:7

**asks**
  76:5

**aspiring**
  243:18

**assessment**
  69:19
  70:20
  71:1,15,
  16,18,19,
  25 72:7,8
  75:3

**assign**
  71:5,6
  215:19
  216:5

**assigned**
  22:4,8,14
  69:18

163:25
166:13
187:10
188:7
216:22

**assigning**
  71:1

**assignment**
  216:3

**assignments**
  71:5

**assist**
  7:23
  35:22

**assistant**
  26:17,18,
  19 37:8
  41:12,19
  107:12
  172:2
  177:5,10,
  15 184:7
  188:4
  222:4

**assistant/associate**
  88:10,14
  177:12,14

**assistants**
  134:18,23

**associate**
  25:24
  26:5,13,
  19,20
  27:16,20,
  21,22
  28:2,8
  30:20
  31:19
  32:21
  33:25
  34:13,16
  37:7,8

38:16
39:24
41:9,18,
19 42:9,
14,19,20
43:25
44:12
45:23,25
46:4,12,
18,20,24,
25 47:1,
2,3,6,9,
14,23,24,
25 48:3,
6,8,12
49:10,13
50:23,25
60:22
61:21
66:17,18
68:17,19
78:12,13,
15,16
79:2
84:9,15,
20,22
92:16
95:8 96:5
97:16
105:1
106:18,22
107:20
108:1
117:6
118:16
120:2,22
121:2
123:15
150:21
152:16,
22,25
154:4,5,6
159:22
162:11
166:9,20
167:5,15
171:21

172:2
173:11,21
174:23
175:22
177:6,10,
15,22,24
178:4,7,
11,12,16,
24 184:7
185:21
186:1
187:2,15
189:12,14
218:14,
17,21
219:3,8,
16 221:1,
7 222:2,
3,18
223:6,10,
11 229:16
236:9
240:15
243:18
248:17

**association**
  19:16,18
  133:19
  242:4,13

**associations**
  19:15

**assume**
  6:12
  15:13
  232:18

**assuming**
  8:20
  223:1
  228:23,24
  232:17

**assumption**
  166:18

**assure**

208:20

**athletic**
  249:12,
  13,14

**Atlanta**
  5:18 92:5
  235:2
  260:9,14

**Atlantic**
  9:15
  11:20,22
  13:21
  16:25
  24:24
  26:12
  27:17
  29:21
  30:15
  36:10,19
  40:10
  66:23
  69:24
  83:2
  110:1
  156:9,13,
  24 182:13
  217:14

**attached**
  147:10

**attempt**
  193:1,3,
  4,6
  209:15

**attempted**
  192:18

**attend**
  20:4,20
  64:10
  112:20
  137:17,20
  236:11
  243:20

**attendance**



243:23

**attended**
21:11
34:6

**attending**
239:18
245:14

**attention**
80:25
125:2

**attorney**
7:14,21
8:7,13
14:1
22:4,8
35:22
145:21
149:9
166:12
170:7
182:19
188:9,19
189:12,16
257:13

**attorney-client**
144:19
256:3,7
257:17,24

**attorneys**
22:2,3
35:5
43:10,22
91:3,5,7
92:2
122:25
145:19
146:23
163:13
164:14,
15,22
184:9
185:24
186:13,14

188:6,13,
20 189:1,
19 255:5

**Audra**
22:11,13
188:23

**August**
122:8

**auspices**
252:13

**authority**
108:14,22
109:10
168:4,5
206:6
222:5,6
253:11,
13,16

**automated**
28:20

**automatic**
229:14

**aware**
23:14
36:13
73:22
97:25
113:7
125:19,
22,23
126:17
127:13,
16,20,25
128:2
130:19,21
132:22
133:10,13
135:25
142:3,4,5
163:23
185:8,10
186:23
187:3
189:7,8

198:9

**Awareness**
86:24

---

**B**

---

**back**
33:8
50:2,6
54:9
60:25
68:11
90:23
93:7
94:4,10
110:15
124:15,24
128:9
131:3
137:5
138:17,
20,24
139:20
152:7
154:11
165:18
175:8
181:22
184:3
194:6
196:9
219:1
223:18
234:25
235:4,5,
15
237:10,12
252:21
259:10

**background**
72:17
79:19

**bad**
64:20

**bar**
160:13,19

**Bardell's**
47:21

**barring**
160:22

**based**
29:1,11,
19 34:22
40:16,17
42:4 43:9
48:22
79:8 83:5
139:11
166:17
172:21
194:18
218:22
223:3
236:25
241:14
249:4
252:1,2

**bases**
85:3

**basically**
10:19
42:4
71:11
129:5
165:8
224:13,15
233:12

**basis**
22:5
88:2,21
89:20
106:20
116:10
144:18
213:6
238:8
241:16

**Bates**
26:23,25
27:3
35:20
36:2
47:10
55:18,22
98:3,21
210:21

**Bates's**
27:9

**bathroom**
49:19
207:16

**beat**
93:19

**began**
30:19

**beginning**
122:5
230:22

**begins**
130:13
246:6

**Behul**
22:1,17,
21 23:7
24:6
171:7,9,
15
230:16,24
232:9,14
234:23

**belonged**
47:16

**benefit**
252:15

**berating**
129:17

**big**
181:1



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: Bill..build

**Bill**
54:8
221:5

**bit**
35:17
54:12
55:8
97:23
164:18

**black**
32:7
180:17

**blank**
121:6,8,9

**blueprint**
29:15,25

**board**
5:5 12:18
43:13
123:6
231:22
242:2
251:3,5,
10,13,14
252:4
254:4

**Boca**
46:11
47:9,12,
14 62:7
63:18,20,
25 64:7,
11 88:5,8
89:19
90:3,17,
20 159:23
219:11,
12,13
240:16
252:9,16,
21

**book**
25:15

**borrowed**
252:8,11

**boss**
77:8

**bottom**
35:21
129:12

**branding**
77:23

**breadth**
218:19

**break**
49:19,21
93:6
94:18
168:14,19
206:24
207:9,15
208:5
235:10

**breaking**
253:5

**breaks**
207:14,
16,20
208:6,18,
21

**breast**
93:25

**breezeway**
89:11

**Brenda**
143:10,12
225:16,25

**bring**
187:25

**bringing**
170:22
232:9

**brings**
240:9

**Brogan**
17:22
27:18
29:10
32:4
43:10
49:1
253:15

**broke**
131:2
204:15
230:22

**broken**
72:2

**brought**
20:12
21:17
28:20,24
47:23
76:18
77:1,2
80:24,25
135:25
136:14
187:23
238:14

**Broward**
46:3,5,9
47:15
62:1
64:1,2,3,
5,6 78:18
79:3·
88:6,9
89:5
135:13
172:12,
16,18
221:1,8
222:18
223:6,11
229:17
236:17
247:21
248:6

252:8,16,
18,22,25

**Brown**
5:1,8,15,
16,24
7:17 9:19
12:22
31:22
36:7
49:18
50:7 56:3
59:23
60:2
74:20
84:5
94:16,18
97:22
98:13
109:20
117:1
125:8
131:21
137:9
143:25
144:9,20
145:1
164:2
168:11,24
169:5
173:19
175:24
176:11
179:23
181:18
196:4,19,
23 199:7
200:20
204:8
206:12
207:11
209:15,24
210:18
231:6,17
233:6,11
235:17
246:16

250:11,23
251:11
258:20,24
260:8,14,
20

**Brown's**
93:17

**budget**
21:6
40:8,9,16
41:13
69:6
80:19,22,
23 81:2,
7,8
137:22,
23,25
171:23
172:9,11,
13,16,18,
22 174:12
176:1,18
236:18
237:6,7,
10,11
241:14,
17,24
242:17
253:7

**budgeted**
176:19

**budgeting**
247:20

**budgets**
172:14,
19,20
175:1
237:5
253:2

**build**
49:6
247:6,21
248:6,14
249:1



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 76 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: building..caucuses

**building**
194:9
247:22
251:23

**buildings**
251:23

**built**
48:18
60:17
252:17

---

**C**

**C-1**
11:5

**cabinet**
127:25

**calculate**
208:8

**calendars**
9:12

**call**
63:15
88:11
133:16
134:13,16
135:17
167:5
170:20
189:19
254:11

**called**
14:13
92:11
134:25
175:7
256:1,16,
18 258:5

**calling**
109:13
121:18,19

**calls**
59:4
102:6
192:5
254:6,9

**campus**
27:21
28:11,13
29:13,23
34:5,8,11
41:21
43:19
45:10,24
46:2,5,11
47:12,15
62:3,7
63:18,20,
25 64:1,
2,4,6,7,
11 79:3
85:8,17
88:5,6
89:5,19
90:3,18,
20 96:1,4
99:6
131:2,3
138:17,
21,24
159:23
160:13,23
215:15,20
218:17
219:11,
12,13
221:2,8
222:19
223:7,11
240:16
246:25
247:6,21
248:7
249:5,11,
23 251:25
252:8,9,
11,21

253:14,15

**campus's**
64:6

**campuses**
29:7
41:20,22
42:7,15,
18,20
45:6 46:3
62:1
63:7,19
64:8
85:6,9
86:1,2
88:9,13
90:6
97:16
106:1
135:13
172:12
218:14,20
219:2,6,7
236:17
240:25
249:1,4
253:24

**campuses'**
219:7

**candid**
111:14
124:13
232:1

**candidate**
31:2,5,
11,16,18,
19,22
34:21,24
35:9

**candidates**
32:20
33:3
34:22
222:17,
22,25

**canopy**
246:24
247:6
249:23

**capital**
250:4,8

**car**
194:8

**career**
19:7
34:10
41:10
42:1
219:12
222:8

**Carolina**
70:1

**carried**
49:7

**carry**
49:3
237:16
246:22
247:11

**carrying**
60:10
62:22

**case**
5:25
9:13,14,
16 43:23
44:13
73:8
139:11,
14,22,23
140:1,18,
21,24,25
142:1
151:6,8
156:4,15,
16 159:1
160:1
163:17

195:19
197:3
207:22
218:24
224:13

**cases**
35:6 43:4
44:17,20
85:3,4
102:9,10
106:23
107:13
108:9
119:18
123:23
140:15
151:1,7,
9,14,21
152:1,4
156:17,
18,21
157:2,7,
8,10
161:20
195:20,
22,23,24
196:12,
13,14,23,
25

**catch**
49:24
93:13,16
206:18
209:4,21

**categories**
239:10

**caucus**
238:12,
16,20,24
239:1,7,8
240:17

**caucuses**
238:9
239:6,18



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 77 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: cease..Chattergoon

**cease**
  16:3

**ceased**
  96:12

**center**
  29:18
  34:10
  41:10,11
  42:1
  75:24
  77:11
  78:15
  219:8,9,
  12,13
  221:24
  222:7,8
  249:12

**Central**
  30:8

**chair**
  72:15
  238:9,10,
  16,20,21,
  23 239:1

**chaired**
  87:13

**chairperson**
  72:16
  75:2,6

**chairperson
s**
  75:8

**chairs**
  75:10
  238:12

**chance**
  39:14
  56:4
  59:25
  191:3
  220:14

**change**

12:6
13:2,4,5,
9,15
23:15
39:3
85:23
96:2,5,8
120:16
185:11
186:12,13
187:13
203:20
218:2,12
219:18
228:3
254:2,3

**changed**
  28:7
  41:14,15
  45:17,19
  174:17
  188:25

**changing**
  39:16
  184:6

**characteriz
ation**
  210:5

**charge**
  157:12
  158:1

**charged**
  157:16

**charges**
  104:13,25
  105:12,17
  112:16
  117:20
  120:18
  126:23
  127:3,9,
  14,17,20
  128:3,7
  132:11,

15,17,23
136:6
149:25
150:14
153:12,25
154:7
163:21
168:8
184:17
185:5,9
186:17
187:1
188:14
198:2
206:10

**Charles**
  5:1,8,15
  126:4,6
  204:8
  250:11,23
  251:11

**Chase**
  92:8
  95:20,21,
  23 96:19,
  22 97:10
  159:15
  160:18,22
  178:1,3
  197:14,23
  198:1
  212:19
  213:13
  242:18
  243:20

**Chase's**
  97:2

**Chattergoon**
  5:12,24
  10:18,21
  12:20,21
  18:2,8,13
  22:24
  23:3
  31:14,18,

21 32:20
36:7
37:23
44:12
45:5
49:17
50:1,6,7
52:17
55:10,21,
24 56:3,
11,17
59:3,6,
10,19,23
60:13
61:16,20
65:6,19,
23 66:10,
13,15
67:7
72:15
73:6
74:1,5,7,
18,20
79:18,22
80:2,7,8
84:4,14
90:16
91:15,16,
21,24
92:7
93:5,10,
15,24
94:4,7,
10,13,17
98:2,6,
10,13
99:18
100:22
101:25
103:13,21
104:9,17,
24 105:6
107:19
108:4,13
109:19,24
110:14,16
111:1,23

112:2
113:1,22
114:4,14
115:19,25
116:3,7,
15,23,25
117:17
118:24
119:22
120:8,21
122:1
124:5
125:6,8,
16 128:17
129:7
131:10,20
132:2,14
136:15
137:5,6
143:25
144:7,9,
15,25
146:1
147:6
148:25
150:3
153:16
154:3,10,
25 155:8
156:12,20
162:16
163:1,9
165:17
166:7
168:10,
16,18,21,
24 169:5
175:4,14,
18 176:5,
10,11
179:3,9,
17,21,23
180:6,12,
16,21
181:4,8,
11,13,16,
17,21



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 78 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: chief..collegial

182:5,10
183:2
188:17
191:21
192:7,11,
16 195:6,
11 196:8,
22
198:13,
17,21,24
199:22
201:14
204:16,19
205:2,21
206:12,
19,25
207:13
208:1,13,
22 209:6
210:3,6,
17,18
211:16
212:22,25
213:3,10,
11
214:12,16
216:21
218:11
220:8
230:19,23
231:5,9,
12,17
232:19
233:5,10
235:9,15,
16 237:22
240:11
244:9
245:12,25
246:9,11,
15 248:23
250:22
254:24
255:11,
17,22
256:6,12,
13

257:19,22
258:1,2,
11,16
259:5,12,
13,18,22,
25 260:4,
6,12,19
261:2,5

**chief**
19:21
20:24
34:17
35:10
125:24
126:1,3,
13 127:10

**chose**
191:23,25

**Christine**
69:10
82:13,25
83:1,5

**Christopher**
257:12

**CIT**
251:15

**CITF**
248:21,23
249:5,15,
19
250:15,25
251:12,22
252:8,13
253:22

**Civil**
180:1
207:25
208:4
209:20
210:12
261:18

**Claiborne**
143:10,12

224:22
225:2,16,
25

**claim**
17:23
18:3,4,5,
10,16,20

**clarified**
121:21

**clarify**
37:17
39:11
45:5
51:16
55:8 84:4
108:25
131:21
144:10
162:6
172:6
173:5
174:6
182:23

**class**
129:16
130:20,22
131:23
149:20
161:1
224:15,
17,19
226:25

**classroom**
127:22
129:1
135:13
227:2,5

**Clay**
11:4,12

**Clayton**
11:2,5,6,
12

**clear**

38:23
39:1,10
66:13
145:3,4
176:19
177:13,16
208:3
213:4,7
234:19

**clearer**
55:8

**Clemson**
13:22

**client**
72:19,23
73:4,7

**close**
100:1

**closer**
10:15

**co-chair**
238:9,17
239:1

**co-
facilitated**
21:5

**code**
34:19
35:12,15,
25 36:8,
14,16,23
38:19
42:23,24
43:1,16
44:7
101:7
103:5,10,
25 104:21
106:14
107:24
109:21
110:8,9,
22 111:21

112:18
141:9
143:19
146:16
147:2,16
150:19
152:11,14
157:1
158:19
161:3,13,
25 162:3,
5,6,12
164:11
165:23
167:24,25
184:5
187:5,12
189:9
200:5,9

**coin**
97:23
162:23
163:6,11

**coined**
101:14
133:11
223:19

**collect**
70:12,16

**collected**
248:25
249:3,6

**collecting**
70:8

**college**
19:17
179:25
242:13

**colleges**
86:2

**collegial**
212:8



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: color..conducted

color
179:4

combine
90:7

combined
90:5

comma
175:21,22

command
28:10,14
34:4

comment
170:13,
15,17,20,
23 226:18

comments
39:25
82:8,11
83:5
94:19,25
170:3,11
171:1
179:4
180:22
183:10

committee
30:21,24
31:2
71:24
72:1,2,3,
16 75:2,6
85:20,22,
23,25
86:5,6,7,
15,16,18,
24 87:1,3
89:2
249:18,
19,20
251:7
253:22,24

committees
72:5

87:9,12,
13,14
88:24
253:21

common
163:18
166:17,23

communicate
d
144:20

communicati
ons
41:13
69:3
77:23
225:11
227:24

communicati
ons/public
225:23

company
10:1,4,7

compartment
s
72:2

complain
70:11
76:20
101:6
103:8,14,
16 149:23
150:24
151:9
196:6

complained
67:25
68:23,25
69:1
70:17
104:11,18
136:5
151:12
216:16

complaint
8:16
18:20
43:6
73:20
78:4 79:8
80:18
82:15
101:21
112:6,8,
12 150:10
155:1
171:7
180:13
190:16
230:8,11,
20,25
246:12
256:21

complaints
69:16
73:11
76:24
77:14,19
78:24
80:13
82:13
94:19,25
154:20
183:10
190:9,11,
24 191:2,
5 212:9
218:24

complete
36:13
70:25
226:24

completely
60:18

complies
161:5

complimente
d

83:19

comply
70:7

components
217:23

compound
176:6

computerize
d
169:20

concern
69:21
233:13,15

concerns
22:6
23:19
28:7
44:21
69:5,7,11
81:1
101:12
155:6,9,
11 195:20
212:7
220:11,
12,15
233:1,6,
19,21,22

concerts
63:16

conclusion
59:4
192:6
232:22

conduct
10:5,9
20:8,17
34:19
35:12,15,
25 36:8,
14,17,23
38:19
42:24

43:1,16
44:7
62:4,5
73:5
101:8
103:6,10,
25 104:21
106:14,23
107:24
108:9
109:21,25
110:4,8,9
111:2,20,
21
112:18,
20,21
113:13
114:8
115:15
116:3
118:3
127:22,24
141:10,16
143:19
146:16
147:2,16
150:19,25
151:13
152:4,12,
15 156:4,
18 157:1
158:19
159:10,14
160:1
161:4,14,
20 162:1,
12 164:12
165:23
167:24,25
168:4
184:5
187:5,12
189:10
200:4,5,9

conducted
20:6 21:2



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 80 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: conducting..correct

161:11

**conducting**
113:13
114:8
115:14
116:1
118:2

**confer**
202:17
205:22

**conference**
112:20,21
133:15,
20,22,24,
25 134:2
135:3
136:16,
19,22,23
137:7,15,
18,21
138:3,6,
11,22
154:12
189:19
236:4,11,
20 237:25
239:23
240:5,6,
9,12
242:4,5,
14,19

**conferences**
20:15,23,
24 235:20
236:2,18
238:12
239:18,
22,24
240:8,24
241:3,5,
11,18,19
244:23
245:4

**conferred**

202:15,
18,19
205:18,
21,24

**confines**
209:19
210:11

**confirm**
52:18

**confused**
165:20

**conjunction**
62:6

**connection**
254:14,17

**Consistency**
105:13

**consistent**
105:15,25

**construction**
249:9,10

**consult**
44:15
149:24
150:13,25
151:10,13
152:3
167:9
186:5,24
188:12

**consultant**
28:24

**consultant's**
29:1

**consultants**
29:20
30:1

**consultation**

215:13

**consulted**
185:20
214:4

**consulting**
10:3

**contact**
86:12
91:6
256:14

**contacted**
255:1,2

**contacting**
160:10,20

**content**
129:3,4
132:8

**continuation**
234:4

**continue**
73:21
74:2
91:16
116:14
207:11
208:14

**continued**
106:8
116:17
234:4
247:18

**continues**
130:14

**continuing**
129:22

**contract**
9:21,24,
25 12:24
134:5

**contracts**

10:2

**control**
74:22
172:17
226:24
252:12

**controlled**
172:20

**conversation**
14:12
77:6
148:8,15,
17 151:16
153:3
155:7
170:22
193:23
194:7
201:7
213:15
220:6
235:1
248:10

**conversations**
14:15
43:9 49:1
78:2 99:9
105:14
126:19
150:23
152:13,
18,21
153:8,10
167:3
191:19
234:11,
12,16
257:25

**convicted**
8:2

**copied**
121:1,13

122:15,
18,19,21
123:24
124:6,7,
10

**copy**
17:6
36:13
99:2
123:7,16,
20 203:4
260:23
261:13

**Corey**
13:13
170:3,18,
24 171:7,
11 179:3,
12,17
199:4
200:18
203:20

**corner**
125:11

**correct**
5:20,21
6:20
15:23
17:17
23:11
24:8
25:14,22
39:10
44:7
45:7,10
54:15
58:6
60:23
66:18
86:24
90:18
93:1
96:13
97:8
100:6,8,



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 81 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: corrected..David

9,14,16
117:9
122:16
123:14
124:18,19
137:15
144:1
153:5,19
154:14,21
155:22
162:17
165:23
169:9,13,
16,24
178:1,2
183:11
192:4
204:1,10,
20 211:3
214:2,25
215:17,18
226:1
228:20
233:7
234:21
250:24
254:14,17

corrected
210:21

corrections
261:20

correctly
28:20
78:17
244:20
247:15

cost
247:16,
17,23,24
261:10

costs
249:11

Council
5:5

counsel
145:3
182:18
185:12
186:6
206:15
208:20
209:9,12,
15 259:24

counsel's
144:21

counseling
29:18
34:10
41:11,25
55:11
86:12
219:8
221:24
222:7

counterparts
171:20
173:4
174:21
175:11,21

counting
208:18,21

country
19:20
30:6
48:22
134:1
241:1

County
11:2,4,12

couple
6:5
200:21

court
5:5 6:7
72:14
94:16

98:3
163:2
181:21
204:17
208:7
230:18
233:3
260:25
261:3,9

courtesy
209:22

cover
93:20

covered
145:24
247:6,21
248:14

create
27:15,19
28:5
108:24
121:22

created
26:17
27:22
108:15
119:2,3,
25 132:3

creating
60:16
219:15

creation
118:19

credentials
223:2

credit
249:8

crime
8:2

crisis
40:9,17
86:6,8,

19,24
89:16
241:17

cross-
examine
259:21
260:7,14

Crudele
14:20,22,
23 15:1,
6,8,25
16:1
248:11

culmination
190:8,19,
22 202:14
218:9,22

current
171:23
172:9
174:12
175:1
176:1

customary
224:24
225:3

cut
40:18
132:12

cuts
40:8

cutting
195:10

____

D
____

data
70:8,12,
16 71:8

database
70:9,13,
16

date
11:21,24
16:5,7,8
26:10
45:16,20
48:8 52:3
78:21,22
79:1 90:9
101:12
112:21
122:7,12
133:18
134:4
136:14
137:7
158:5
194:23
199:1
203:5,6
204:23
211:25
217:1,6
221:12
256:15,
16,17
257:17,
21,23
258:4,5

dated
200:19
203:23
204:9,20
210:20
211:9
214:18
216:25
231:9

dates
17:8
78:25
133:16
136:21,22
137:9
155:15

David



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 82 of 120

March 11, 2016
Index: Davie..decision

244:12,
16,17,19

**Davie**
246:24
247:6
249:23

**Dawn**
69:2
77:18
78:4,19
80:13

**day**
135:3,4
137:15
138:5,11
141:24
154:12
207:17
208:7

**day-to-day**
43:24
44:18
49:11

**days**
29:7
213:25

**deactivate**
228:22

**deactivated**
228:11,
12,23

**deal**
21:7
54:11
82:16,20
140:23,25
142:3
191:8

**dealing**
44:23
80:19,21
85:2
89:16

150:19

**dealt**
126:19
165:1

**dean**
25:25
26:6,14,
17,18,20,
22 27:3,
6,16,22,
23 28:3,
5,8,9
29:12,16,
17 30:20
31:20
32:22
34:1,3,
14,16
36:22
37:3,5,7,
8,12,18
38:4,11,
16,17
41:10
42:1,9,
17,21
43:5
44:1,13
45:3,6,25
46:4,12,
19,20,25
47:1,2,3,
6,9,11,
14,22,23,
24,25
48:4,6,9,
12,25
49:13
60:22
61:21
62:6
66:18
68:18,19
78:12,13,
15,16
79:3

84:9,15
95:8
96:1,4
97:16
101:18,19
102:1
105:1,18
106:18,
22,25
107:1,3,
12,20,22
108:1
112:9,10
117:6
118:16
120:2,22
121:2
123:9,11,
15
152:22,25
154:5
159:22
162:11
166:5,9,
20
167:15,21
168:1
171:21
173:11,21
174:23
175:22
177:6,12,
14,15,22
178:4,5,
8,11,12,
16,24
184:7,9
185:12,15
186:5,14,
24
187:14,
15,16,17
188:13
189:2,12,
15
218:14,
17,21

219:16
221:1,7
222:3,18
223:6,10,
12,16
229:16
236:9
240:15
248:17
253:15

**dean's**
43:15
90:19
92:16
152:16

**deans**
30:12
38:16
39:24
41:18,19
42:9,14,
19 84:20,
22 88:10,
14 96:5
150:20,21
152:16
154:6
167:4,5
172:3
177:10,24
186:8
187:2
188:12
219:3,8
222:4
243:18,25
253:18,21

**deans/
assistant**
42:9

**December**
231:10
234:24
246:11

**decide**
27:15
198:24
251:25

**decided**
13:2,4
35:8
122:18
142:11,12
150:8
155:17
158:1
199:12
202:11,15
212:6,10
214:1
219:25
248:5,13

**decides**
251:3,5

**decision**
142:14,
15,20
143:2,18
146:21
148:19
157:12
165:11
172:21
194:17
195:1
202:12,
14,16
203:1
211:13,
19,23
212:4
215:10
216:13,15
218:16,18
220:17,
18,23
221:6,10,
12,13,14
223:15



Case 0:15-cv-60621-DPG Document 79-2 Entered on FLSD Docket 06/27/2016 Page 83 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: decision-makers..directives

229:13
233:16
247:5
258:3

**decision-**
**makers**
182:15

**decisions**
143:3
166:10

**defined**
37:18
38:4

**defining**
36:22
37:11

**definition**
31:17
38:11

**definitions**
37:1,24

**definitivel**
**y**
135:24

**defunct**
228:6

**delay**
6:15
179:20

**delete**
38:10,21
39:8
162:2

**deleted**
38:15
109:7

**deleting**
39:17

**demand**
173:2,6
174:24

175:23

**demanded**
171:19
174:20
175:8,10,
20

**demanding**
173:5

**denied**
237:14

**Dennis**
14:20,22
15:25
16:1
248:11

**department**
21:15
72:5
108:15
119:2
182:18
225:12
228:2
231:23

**departments**
86:2

**depend**
185:22

**depended**
40:7
163:17,18
186:1

**depending**
134:5
206:22

**depends**
92:9,20
163:17
215:8
225:7

**depleted**
237:7

**deponent**
115:20
261:19

**deposed**
6:3

**deposition**
5:1,17
7:14,22,
24 8:11
72:22
73:3,8,
12,13
80:1,5
93:17
176:8
207:10,
11,14
208:25
209:10,14
210:10
261:20,23

**depth**
218:20

**derogatory**
170:3,10

**describe**
62:8
84:1,7,10

**description**
112:18

**design**
247:15

**designee**
37:9
162:12
166:21
167:16

**desk**
109:8

**detail**
141:21

**details**
145:17

**determine**
38:3
112:11
124:9,11

**determined**
137:7

**determines**
251:1

**develop**
72:7
108:19
109:11
246:23

**developed**
253:25

**development**
20:10,13

**deviate**
164:18,19

**deviated**
84:17
85:1

**deviating**
167:2

**diaries**
9:12

**dictate**
165:6,7
166:3

**dictated**
254:4

**difference**
59:1

**differently**
212:18
213:12

**difficult**
35:18

54:3,6,
11,25
67:25
68:13,15
69:11,20
70:3,4,
23,24
71:4,8
77:25
80:21
82:16,20
180:1
190:6

**difficultie**
**s**
218:23

**difficulty**
10:17

**direct**
40:22
41:3,24
114:23
115:1
199:25
200:1,2
228:2

**directed**
75:12
106:25
107:14
113:11,21
114:13
250:18

**direction**
31:1
72:25

**directive**
31:10
247:12

**directives**
31:9 42:4
54:21
78:1
150:21,22



246:23

**directly**
21:10
40:6,25
42:15,16
96:5
171:16

**director**
41:10,11,
12,13
46:10,14
47:17
50:22,23,
25 51:1,
4,6 54:15
69:2,23
75:24
77:22
78:14,20
83:2
219:13,15
221:23
222:7

**director's**
222:10

**directors**
219:11
221:17,22

**disappearin
g**
110:13

**disapprove**
108:14
251:10

**disciplinar
y**
35:6
55:17
56:23
57:19
79:12
85:2
102:9,10
191:11,

13,15
192:1

**discipline**
43:7
50:9,13
55:3 59:8
79:11,16
80:9,12
82:10
83:4 85:7
191:18
197:21

**disciplined**
50:16
57:18
197:17,24

**disclosure**
5:3

**discretion**
241:21,
22,23

**discriminat
ion**
17:24
18:6
21:23
22:17,21,
22,24
23:10
24:1,7
25:1

**discs**
28:21

**discuss**
35:14
67:19
75:25
86:7
94:25
101:16
102:9,24
103:1
113:10
117:23

145:1,21
163:12
186:9,10
220:1,18
227:2,6
230:16

**discussed**
75:21
83:11,18
118:22
143:6,12,
14 145:2,
18,21
153:18
154:13
164:3
165:22
205:25
218:15
219:24
235:20
247:17
248:5
253:24

**discusses**
232:25
233:6

**discussing**
94:18
259:15

**discussion**
105:4,7
126:17
135:5
137:3
138:13
161:22
217:16
259:8

**discussions**
14:25
15:5
118:12
126:12

147:18
152:10
153:22
161:18,
24,25
164:6,7,8
166:12
187:24
201:4

**dismissed**
129:16

**disposal**
234:17

**disrupt**
73:3
74:13,14

**disrupted**
74:21

**disruptive**
73:10

**distributed**
249:4

**district**
11:2,3

**diversity**
32:3

**divert**
242:16

**division**
21:16
22:4,7,9
27:19
28:15,25
29:16
30:15
34:3
38:18
40:21
41:16
62:13,16,
18 63:14
69:3,7

71:17
72:7
77:21,24
106:16
108:16
163:12
186:2
187:11
206:4
221:22
222:15
233:14
253:2

**document**
35:21,24
38:8,9,
14,23,25
39:3,10,
23 40:2
56:4 60:4
65:10
112:3
129:25
162:7

**documents**
8:10,18
9:1,9
35:17,20
98:15,22,
24 99:2,
8,9,12,24
117:5
124:17

**dollars**
241:25
253:8

**door**
89:12

**doors**
52:25
53:20

**dotted**
42:17
45:9



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 85 of 120

CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                Index: doubt..employment

doubt
 111:19

draft
 121:16
 203:8,13,
 16,19
 214:17,19

drafted
 117:8
 211:6,9,
 24 232:16

drop
 92:14
 206:10

drove
 137:16

drugs
 7:9

due
 209:3

duly
 5:9

duties
 33:25
 34:2
 40:19
 48:10,13
 60:11,14,
 15 61:21
 62:20
 107:20
 216:2,5,
 22

duty
 34:2

_____

      E

e-mail
 54:24
 98:7
 121:1

134:10
198:17
199:4,7,
23
200:18,25
201:3,5,
18 203:9
228:3,6,
10,15,22
229:2,5,
14,15
239:25

earlier
 12:2 23:6
 24:23
 25:20
 34:14
 39:22
 57:1,17
 92:18
 99:25
 101:1
 109:4
 117:7
 122:15
 123:1
 124:6
 130:19
 141:23
 162:17
 164:2
 184:4
 186:8
 188:7
 191:12
 202:13
 228:19

early
 24:22
 52:2
 106:5,7
 118:12
 158:8
 183:11
 190:10
 235:20

eat
 93:25

echo
 125:7

Eckardt
 50:22
 51:4,15,
 20,21
 52:6,9,19
 53:14,21,
 25 54:2,
 8,14,17
 55:3,11
 57:18,22
 58:6,11,
 13 61:1
 97:18
 228:20
 229:1,4

Eckardt's
 60:8

ed
 157:24

educated
 179:25
 180:23

EE0
 230:7

EEO
 18:4
 230:11,
 20,25
 246:13

EEOC
 18:5

effective
 71:18
 102:22

efficient
 39:7
 102:21

efforts
 76:21

elected
 238:22,25
 240:18
 243:14

elevator
 53:4,18

elicit
 253:6

Ellwood
 98:8
 107:7,15

emergency
 39:13,18
 92:13
 104:20
 106:23
 136:7
 152:11
 153:12,
 17,18,24
 154:7
 159:19
 160:1,19
 161:8,11,
 12,14,19
 162:22
 163:4,16,
 20 164:8
 165:3
 168:7

emphasize
 190:20

emphasized
 187:11

employed
 9:18
 11:19
 96:17,19,
 23 114:9
 227:15,
 16,17

employee
 25:8,9
 50:9
 51:11
 56:22
 59:7
 61:2,5
 62:10,17,
 25 63:23
 64:23
 97:19
 192:12

employees
 25:17
 40:6,8,
 10,11,12,
 23,25
 41:1
 50:13,15
 51:14,15,
 17 54:5,
 11 62:12,
 15 63:22,
 23 67:15,
 16 83:16,
 20 171:25
 172:2
 177:3,5
 215:5
 221:21

employment
 11:21
 12:22
 14:16
 15:1,15
 17:5
 20:21
 22:20
 24:22,23
 25:2
 57:13
 58:17,25
 60:8 61:2
 67:5
 81:13
 82:5



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 86 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: encourage..Exhibit-brown-6

96:12
110:5
122:5
125:20
154:4
158:9
159:22
182:12,14
190:18
192:24
214:6,13
220:1,10,
19 228:2
230:7,10
233:2,3
254:8
259:14

**encourage**
25:17

**encouraged**
106:11
245:2

**encouraging**
141:25

**end**
12:22
25:2
106:13
110:16
125:7

**ending**
130:8

**ends**
130:15

**engaged**
247:14

**enhance**
108:21
164:19

**entail**
258:17

**entailed**

161:23

**enter**
52:24
53:18
70:12,16
141:15
255:7,11

**entered**
148:22
255:17

**entering**
70:8

**entire**
124:18

**EOC**
21:25
24:12,15

**EOP**
246:13

**equal**
231:13,22

**equals**
180:8

**Eric**
68:24
69:16,18,
22,23
70:7,11,
15,19
75:11
78:23
79:8

**errata**
261:22

**established**
202:22
256:10

**estimate**
206:16
207:8
208:11

209:17

**estimated**
207:23

**ethical**
227:1

**ethnic**
32:11

**evaluate**
15:4,8
64:17
95:5,21,
23

**evaluated**
64:22
66:16
95:7,9,
10,25
96:2,3

**evaluating**
66:22

**evaluation**
15:10,13,
14,18
30:10
54:24
64:20,21,
24 65:14,
17,20
66:4,23
67:11,18
68:5

**evaluations**
15:3
65:1,8
95:12,16,
18

**event**
134:20
201:13

**events**
63:17,19,
20,24

64:6,10,
12,14
201:9

**eventually**
238:25

**everyday**
150:22

**exact**
11:23
16:5,7,8
26:10
45:20
78:21
101:11
113:17
114:19
131:4
133:18
158:5
182:19
203:5
217:1

**EXAMINATION**
5:11

**examined**
5:9

**examples**
121:9
164:16,17

**excellent**
63:15,21,
23 64:23
65:9

**Excuse**
165:10
230:18
236:7
237:2
238:5

**exercise**
129:4
224:14,
16,19

**exhibit**
55:17
56:21
58:20
59:20
98:21
109:16,20
111:22
117:3
119:7,11
121:20,23
124:15
147:10
161:4
168:12
169:1,2,
12 192:7,
10
198:14,15
199:3
210:19
214:18
229:9
231:7
246:3,7,9

**Exhibit-
brown-1**
36:5

**Exhibit-
brown-2**
56:1

**Exhibit-
brown-3**
59:21

**Exhibit-
brown-4**
98:11

**Exhibit-
brown-5**
109:17

**Exhibit-
brown-6**
169:3



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: Exhibit-brown-7..FAU

**Exhibit-brown-7**
198:22

**Exhibit-brown-8**
207:5

**Exhibit-brown-9**
231:15

**exhibits**
125:5

**existed**
76:8

**existing**
246:24

**expected**
77:8

**experience**
48:23
115:22
172:1
177:4
178:15,
17,20,23
179:2
200:20

**expert**
30:9
113:19

**explain**
13:24
31:24
54:12
55:7 66:7
76:13
109:9
117:15
119:8
120:12
121:4
159:20

**explained**

31:5,6
68:3 76:4
108:20
123:1
126:15
174:10
176:19
217:22
220:14
226:21
249:25

**explaining**
141:14

**explains**
233:12

**explanations**
65:14,15,
16,20,24

**express**
77:15
100:18
101:12
117:19
118:1
245:7

**expressed**
69:1,7,11
81:7
99:25
100:16
120:16
220:11
245:13

**expression**
80:10

**extend**
209:22

**external**
86:3

**extra**
63:5

**F**

**Facebook**
81:19,21,
24 82:1

**facial**
91:6

**facilitate**
20:17

**facilitated**
21:2

**facilities**
249:1,9
251:23,25

**facility**
247:16,25
248:14
250:1
253:19

**fact**
64:22
153:8
171:25
172:1
177:3,5
186:16
193:20
224:18
230:16

**facts**
131:14
157:4
232:15

**faculty**
29:5
30:12
129:2,4
139:14
143:8
224:7
226:4,8,
9,12,17,

22,24
249:19

**fail**
53:14

**failed**
54:20
103:10,25
104:20
150:25
151:10,13
155:2
197:4
198:7
246:22

**failure**
52:10,19
101:4
152:3
198:5

**fair**
16:12
36:21
43:17
191:24
204:12,22
208:11

**fairly**
146:15,18

**fairness**
191:24

**fall**
41:23
108:11
219:21

**false**
124:3,14

**fashion**
55:4
155:2

**fast**
206:20

**faster**
237:7

**father**
179:18,25
180:1

**FAU**
9:10
12:10,12,
13 14:16
16:17
17:9,10,
18,20
18:24
20:9,22
21:2,6,24
24:17
36:2
47:17
51:19
53:6
57:15
86:10
96:13
97:20
98:3,21
99:3
109:15
110:5
111:2
123:1
125:9
137:17,20
144:21
158:9,11
170:4
178:18
182:17
193:24
198:15,21
199:3
200:16
206:13
210:21
252:2
253:10
254:22,23



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 88 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: FAU'S..form

255:3
256:1
258:12

FAU'S
9:6 24:6
99:6
224:1,6
227:22
228:2
231:10
255:5

favor
10:14

February
97:25
104:19
134:8,9

Federal
207:24
208:4
209:19
210:12
261:17

fee
249:7
250:19,25
251:16

feeding
93:25

feel
6:16

fees
248:12
250:4,9,
15 251:6
252:4

fell
44:10,11

felt
69:20
83:22
142:22

247:25
251:15

female
27:1
31:25
32:2,7
33:3,8,9
97:11
170:4

FERPA
157:6

fields
249:12,
13,14

fifteen
199:3

figured
10:17
36:12

file
99:15,20
124:18
194:4
230:11

filed
18:5
230:7,20,
24 254:22
256:19,25

files
9:13
28:21

fill
27:20
32:13

final
43:12,23
122:25
123:5

finance
42:5
247:19

248:4,12
251:9

financial
21:5 42:6
80:20
251:22
253:8

find
31:11
33:15
54:17,20
55:20
98:2
109:15
135:2
136:18
158:6
198:14
215:22
238:14
254:24

finding
31:2

fine
6:18
35:23
110:16
260:17

finish
6:10 48:2
49:23
93:9
115:4
174:8
210:7
211:15,16
258:24

finished
91:1
176:25
209:2,11
236:7
244:11

firm
254:14,16
255:25
257:3
258:3,7,
13

fit
33:18

FIU
178:20,21

five-hour
209:14

five-minute
168:18
235:10

flexibility
191:7

flight
206:18
209:3,21

flights
49:23
93:13

floors
52:25
53:2,18,
19

Florida
9:15
11:20,22
13:21
16:25
17:1
18:18,22
24:24
26:12
27:17
29:3,21
30:4,8,15
35:2,3,4,
5,6
36:10,19
40:10

66:23
69:24
83:2
110:1
156:9,13,
24 182:13
217:13
241:19
249:2

flyers
53:19

focus
239:9

fold
72:6

follow
52:10,19
53:14
54:20
101:4,18
102:1,7,
11 103:10
104:1
151:17,19
162:12
163:14
183:6,23
189:25
191:11
193:16,21
196:24
197:4
198:6,7

forgotten
22:12
111:13
188:23
195:5
231:25
232:11

form
12:15
18:1,7,12
22:23



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 89 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: formal..give

23:1
30:21
31:13,15
32:18
37:20
44:9 45:2
55:6 59:2
60:9
61:13
64:24
65:3,11,
22 66:23
67:3,6,11
84:3,13
99:16
100:20
101:23
103:15
104:7,14,
22 105:3
107:16
108:2,10
111:24
112:23
113:15,25
114:11
115:16
117:10,15
118:20
119:15,20
120:7,19
121:24
124:1
128:24
131:8,17
132:1
136:12
147:3
148:23
150:2
153:13,14
154:1,8
155:4
156:7,19
162:14
165:13
166:4

175:3
178:25
179:7,15
180:3,10,
15,19
181:2,7,
9,10,12,
14 182:2,
8,25
188:15
191:14
192:5
195:3
199:20
201:10
204:25
205:16
212:20,
22,24,25
213:5
214:8,14
216:19
218:5
220:4
237:1
239:20
245:11
250:21
255:10,
15,20
258:8,14

formal
23:16,20
89:10,15

formed
10:4,7
71:24
75:3

forthcoming
209:25

forward
116:24

forwarding
121:2

found
59:18
133:14
158:23

Fourteen
125:12
132:13

Frank
17:22
27:18

fraternity
156:23
158:1,2

free
6:16

freedom
224:8,12
225:5
226:7,10,
13,21,23

Friday
217:2,4

friendly
162:7

front
36:8
56:24
210:22
245:1

frustration
69:1
80:10
100:1,11

frustrations
75:21,22
77:16

full
36:13

fund
248:21,24

249:9,10

funded
249:15

funding
29:11
30:17
49:3
236:17
238:14
245:3

funds
237:16
248:25
249:5,15,
17 251:12
252:8,13,
16

___

G

gave
52:9,18
54:21
58:3,6
61:6
64:19,21
65:16
85:24
99:15
107:1
113:18
115:9
116:19
121:15
135:10
139:8,10,
19 146:4,
5 147:12
150:21
154:13
162:5
166:6,8,9
188:21
189:6

215:14
216:24
217:10,
15,20
222:6
228:19
252:21,25

geared
19:25
21:10

gender
17:24
18:5

general
144:21
186:6

Georgia
5:6,18
235:2

gestures
7:23

get along
54:3,6,25
67:24
68:12,13
70:3,23

give
13:8 14:6
15:10
17:4,7
31:10
41:5 48:7
50:18
51:7,21,
24 52:6
55:10,13
56:13
57:22
58:5,8
65:15
67:3
70:22
76:10,14,
15 91:5



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: giving..hear

115:6
121:22
124:3,14
131:4
134:20
135:7
136:21
138:25
168:11
179:21
186:20
189:4
191:3
192:19,
21,23
193:1,4,
6,10,15
194:21
195:1,7,
15
197:10,14
198:13,25
199:12
200:10
201:22
202:22
203:6
204:13,23
205:4,11
206:23
208:14
211:23
212:5,13
213:14
215:4
217:7
220:14
233:17
234:20
252:8

**giving**
14:7 31:1
55:2 81:2
99:8
115:12
153:23

199:18
213:22
214:1
217:25
218:3
229:4
230:4
234:25

**glass**
79:24
80:4

**Glick**
22:10,11
188:22
255:3,5
256:1,7,
13 257:2,
12 258:5,
6

**good**
5:13,16
15:10,13
47:20
48:16
49:15
53:24
56:15,16
62:10,17
63:21,22,
23 64:20,
21 67:16
83:19,20,
22 89:6
93:6
95:12,16

**government**
61:24
250:7

**great**
218:20
260:5

**Greek**
157:14

**grounds**
112:11

**group**
32:11
52:23
78:17
142:12,15
146:21,24
188:1
238:25

**growth**
29:21
71:22

**guard**
126:16

**guess**
16:13,14
38:6
121:14
128:7
137:10
188:3
203:4
256:17
259:10

**guideline**
192:3,9

**guidelines**
30:14
106:11
191:16,17
192:1,2
233:20

**guru**
29:2

**guys**
49:23
93:18
260:7

—————
**H**
—————

**half**

16:21
17:10
22:19
148:18
150:11
164:25
203:14
207:8,20
227:12
232:12

**hall**
60:17

**halls**
52:24
53:2

**handbook**
25:5,8

**handing**
99:1,5

**handled**
157:10
159:11,15

**handling**
106:22
154:21

**happen**
44:24
219:21

**happened**
76:11
77:1
102:12
130:21
138:15,19
139:12
157:5
163:18
197:21
212:7
218:9
219:19,22
230:1

**happening**
206:4

**harassment**
18:11,17
24:17
25:1

**hard**
81:2
111:17

**harder**
62:13,16
63:1

**harshly**
146:14

**Harvard**
180:23

**hate**
155:25
242:16

**Hawkes**
68:24
69:16,18,
22,23
70:7,11,
16,19
75:11
78:23

**Hawkes'**
79:8

**head**
6:7

**health**
86:22
219:9,11

**hear**
56:12
61:16
62:14
71:3
72:17
79:18
80:2



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 91 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: heard..important

81:23
98:18
110:11
111:17
116:5,23
125:25
128:15,20
157:22
158:12
163:10
180:6,16,
21,25
181:4,24
195:12,25
196:3,15,
18
204:16,18
242:5
261:11

**heard**
6:12,17
44:20
57:8
73:14
74:10
111:7
128:3,6
133:21
179:10
180:4,5,
11 182:4
208:15

**hearing**
6:1 35:4
39:24
43:4,19,
20,24
44:18
98:10
141:16

**hectic**
92:10

**held**
43:12
46:6

53:21,23
105:9
123:3
133:25
134:2
136:19
149:9
252:14
253:10

**hereto**
261:22

**hesitant**
119:13,
14,21

**hesitating**
41:14

**high**
157:24

**higher**
222:10

**hire**
26:7,9
33:16,23
35:8
221:6,18
222:5,8,
15 257:8

**hired**
13:5,11
17:18
18:24
21:23
28:21
33:20
48:20
77:22
222:24
253:15

**hiring**
46:18
221:20,
21,25
222:12

**Hispanic**
32:8 97:5
238:24
239:1

**hit**
207:21

**Hold**
55:19
59:13
168:17

**holding**
16:22

**honest**
149:5
190:25
230:5
260:11

**hope**
209:25

**Horstman**
54:8
221:5,7
222:13,24
223:5,9

**hotels**
134:5

**hour**
206:21
207:15,23
208:5
249:8

**hours**
207:8,20,
24 208:2,
3 209:1,
16

**house**
235:4

**housed**
89:18
90:19

**housing**
34:10
41:9
50:23,25
51:1,5,6,
9 52:20
54:15
60:16,17,
18

**Howard**
69:2
77:18
78:4,19

**Howard's**
80:13

**HR**
25:18
182:20
191:7
202:18
214:20
215:13
216:14
233:20

**huh-uh**
52:15
126:7

**human**
24:13
25:12
182:18

**hurt**
53:8

_____

I

**idea**
38:22
247:18

**ideal**
31:2
35:9,11

**identificat
ion**
36:6 56:2
59:22
98:12
109:18
169:4
198:23
207:6
231:16

**identified**
117:5

**identify**
182:13
229:13

**Ilene**
69:6
80:15
81:10
82:7,11
237:11

**illnesses**
6:23

**impact**
143:21,22
144:16
145:6

**impacted**
143:17
144:4

**impacting**
146:2

**implemented**
159:25
160:9,12,
18 161:8,
19

**importance**
102:5
106:9
226:22

**important**



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 92 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: improvement..interim

84:22
85:5
92:17

**improvement**
250:4,9

**inability**
67:23
190:23
234:5

**inaccurate**
17:8
115:7

**inactivated**
228:10

**inappropriate**
136:10

**incident**
51:9
52:11,20,
22,23
76:18
97:24,25
101:14
102:13
103:9
104:5,19
125:17,20
126:6
127:10,
21,22
128:1,4,
6,9,12,
18,23,25
129:1
130:20,22
131:6,10,
11,13,14,
15,24
132:3
133:11,
13,21
135:12,19
136:2

138:14
139:12
142:25
143:16,22
144:16
145:6
146:2
147:9,11,
15,20,24
148:20
149:3
154:14
155:18,21
157:12
158:21
183:6,24
186:17
190:1,7,
11 193:13
194:4
223:18
224:6
226:5,13
227:3,5,
6,20
259:15

**incidents**
159:6

**include**
27:23
112:17

**included**
8:25
30:16
78:14
112:22
141:13
153:25
232:15

**includes**
167:13

**including**
172:1
177:4

182:15
183:5
207:15

**incoming**
12:13
13:2

**incorrect**
111:22
146:6,8,
11 203:6
245:6

**incorrectly**
104:13
160:6

**increase**
250:3,4,
6,8
251:6,12
252:4

**increasing**
250:15

**indicating**
91:7

**Indifferent**
234:2

**individuals**
19:12,21
41:8
94:20
183:9,13
208:12

**infirmities**
6:23

**inform**
53:16
135:14,18
256:18

**informal**
23:20

**information**
8:12,14

66:4,5
68:9
76:2,3,16
100:16
122:22
123:22
144:19

**informed**
12:5
206:3

**informing**
155:25

**input**
37:18
38:2

**install**
246:23

**instance**
83:21

**institute**
243:2,5,
6,9,12,
15,16,21
244:3,13,
18,21
245:8,14,
19

**institutes**
243:24

**institution**
29:23
51:14

**institutions**
48:24
239:12

**instruct**
144:23
149:16,19
205:14,
17,20
258:6

**instructed**
154:6

**instruction**
91:6
153:11
162:11

**instructions**
91:11
153:24

**insubordinate**
54:18

**integrate**
41:23

**integrated**
40:19
42:2 72:6

**intended**
202:22

**intention**
204:13

**intentions**
204:23

**intercollegiate**
249:13

**interest**
245:7,13

**interested**
157:9
243:13

**interim**
14:20
15:16,24
46:20,24
47:1,2,3,
14,24,25
48:3
49:9,10
95:8



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 93 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: intermural..keeping

117:24
120:17
148:16
223:6,11,
16
**intermural**
249:12,14
**internalize**
98:17
**interrogato
ries**
8:22
168:13
169:1,13,
23
**interrogato
ry**
9:3,6
170:1
171:18
174:5
175:19
176:7
182:11
194:11,18
229:8
**interrupted**
32:9,25
40:13,15
88:16
89:21
90:24
105:23
111:8,9
157:21
176:23
187:8
224:25
238:6
257:9
**interruptin
g**
73:15
111:16

**Interventio
n**
87:2,3,4
**interview**
32:21
33:3,6,8
**interviewed**
222:17,20
**interviewin
g**
33:11
**invested**
249:3,5
**investigate**
43:6
155:3
**investigati
ng**
136:10
**investigati
on**
44:4
147:19,24
155:6
226:4,7,
12 231:22
**investigati
ons**
62:4
**invitation**
112:20
**involve**
43:18
123:23
163:20
**involved**
8:4 43:24
44:19
52:23
122:24
130:20
141:24

146:23
150:23
152:15,
16,20
153:3,8
156:3
157:6,8,
11 221:22
222:1,9,
11 225:8
227:19
240:23
241:2,4
**involving**
17:24
**issue**
53:8 68:6
77:4
127:23,24
134:11
140:3,9,
13,14
141:1,3,8
225:4,22
247:2,4
**issues**
22:5
23:10,19,
22 24:1,
7,11 28:6
44:20,22
45:1
48:17
70:19
77:3
80:22,23
81:3,7
84:12
110:4
111:2
139:23
140:15,
21,22
141:12
159:10,14

164:3
191:8
239:6,9
**items**
68:10
187:22

_____

**J**

**Jakubow**
33:22
**Jane**
139:6
158:15
**Jill**
50:22
51:4,6,
15,20,21
52:6,18
53:14
54:14
55:3,11
57:18,22
58:6,11,
13 60:8,
25 97:18
228:19
229:1,4
**Joanna**
98:8
107:7
**job**
33:18
49:15
60:12
62:9,21,
23 76:6
83:20,22
89:6
**John**
12:8,9
13:14,19
14:15,19

**jointly**
95:25
**Joyanne**
172:16,
17,18,23
173:17
**judicial**
5:5
28:12,16
34:15,17
35:10
42:23
44:6 62:2
84:21
105:19
107:13
141:6
142:8
148:21
149:5
150:18
159:1
195:23
196:13
216:9
**July**
15:20
**juncture**
136:13
**June**
15:20
235:3

_____

**K**

**Kabat**
23:25
24:10
61:12
203:9,10
217:11,
12,22
**keeping**



Case 0:15-cv-60621-DPG Document 79-2 Entered on FLSD Docket 06/27/2016 Page 94 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: Kelly..lawsuit

85:4
160:25

**Kelly**
12:4,8,9
13:14,19
14:15,19

**Kelsey**
5:20
49:18
59:10

**key**
53:3

**kind**
241:1

**kinds**
23:15
85:5
86:10,13

**King**
13:13
25:20
26:7,15
33:19
34:20,25
35:1,14
42:10
44:1,14,
25 46:15,
16 48:11,
13,20
49:5
62:1,2
68:5,8,25
70:15
73:12,18
74:7
75:8,9,
20,23
76:1,15,
21 77:8,
15 82:4
84:18
85:4,23
87:11,20

88:20
89:18,19,
23 90:1
95:10,12
96:2
99:10,25
100:10
101:6
103:8
104:9,11,
18 107:4,
5,14,18
108:5,9,
23 113:8,
17 114:2,
12,20
115:8
116:18
117:8,19,
22 118:1
119:1
120:12,
15,25
121:22
126:2,9,
17
127:10,
15,19
128:2
130:23
131:1,2
135:2,6,
18 136:9
137:14,
17,20
138:13
139:11,20
141:7,20
147:5,8,
25 148:2
149:13,
16,19,23
150:13,
18,19,24
152:2,6,9
153:11,23
154:6,11,

12 155:1
160:3
161:6,18
163:22,24
165:4,5
166:8,19
167:1,4,
5,10,18,
20,21
168:6
170:3,11
171:2,7,
11 179:3,
12,17,24
180:7,17,
22,25
181:5,24
182:4,5
183:5
184:19
185:3,13,
20,21,23,
24 189:5,
7,13,15,
17,18
194:15,
21,25
195:6,14
196:24
197:9,13,
17,24
198:4,9
199:4,18
200:2,10,
18,24
201:4,18
202:19
203:20
204:7
216:4,16,
22 219:23
220:19
221:9,11,
14 222:2
223:3
234:12
235:19

241:17
242:15,16
244:1,2

**King's**
9:3 46:18
79:17
80:9
84:23
89:18
96:6
122:5
123:12,
14,20
184:16,24
185:1
216:7
222:12
223:17

**knew**
20:14
48:24
53:6
60:17
85:6
114:8
135:23,24
178:17,21
179:1
185:25
187:18
254:20

**knowing**
85:9

**knowledge**
70:21
148:25
149:1
154:9
159:7,11,
13,16
160:4
170:2
236:5
243:22

**L**

**labeled**
36:2
39:18
56:23

**laid**
49:6

**language**
39:3,16,
17 184:16
185:4,16
186:16,25
188:14

**large**
63:19,20
64:9

**larger**
34:9
239:11

**largest**
19:19

**Larry**
22:10,11,
13 188:22
255:3,5
256:1,7,
13 258:4,
6

**Latino/
hispanic**
239:8

**laughing**
73:2,18

**laws**
23:15

**lawsuit**
8:8 9:10
18:4
254:14,
17,21,25



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: lawsuits..looked

255:19
256:19,
22,24

lawsuits
8:5

lawyer
187:10,
16,17

lawyers
187:10

lead
72:4 75:9
101:19
234:6,9

leader
30:5,6

leaders
250:8,13

leadership
21:4,11
64:13
77:21
240:8,24
241:5,8

leave
108:4,8
113:9

leaving
99:19,22
205:3,7

led
101:18
170:21
190:16
212:2,4
213:21

Lee
29:4 30:6

leeway
166:10
252:14

left
9:15
36:19
110:10,24
113:9
207:23
208:15
235:3

legal
22:6
38:17
59:4
105:15
162:3
166:12
185:12
192:6

Leslie
26:23,25
27:1,3
47:10

letter
14:12,14
50:19
51:7,22,
24 52:6,
9,19 55:2
61:6
96:14
117:15
119:19,20
121:10
122:21
165:3
185:16,24
186:20
192:19,
21,23
193:2,4,
6,10,15
194:16,22
195:2,8,
15
197:10,14
198:4,25

199:12,
17,19
200:11
201:22
202:3,7,
23 203:8,
12,13,17,
19,20,22,
25 204:3,
9,14,20,
24 205:4,
12 206:13
210:20,
24,25
211:1,2,
5,8,23
212:5,13,
14
213:14,
18,21,22
214:2,16,
17,20,23
215:16
216:4,25
217:10,
20,21,23
218:22
233:17
234:19

letterhead
203:25
204:1,4,
5,8 211:9
231:10,14

letters
105:13,16
113:6
119:4,6,
10 120:9,
13 121:6,
7,13
122:16
123:8,16,
20,24
184:6
185:11

186:13
187:13
198:2

level
19:10
221:21
222:10

levels
30:17

life
27:21
28:13
34:8,11
61:25
85:8

limitation
93:11
209:14
210:10

limiting
93:12

Lisa
47:21

list
112:13
253:25
254:1,2

listed
17:7
57:20
111:20
113:5
131:15,23
161:13
162:22
163:5
169:23
174:19
232:25

listen
71:11,13

live

53:2

living
29:23

lobby
79:25
80:5

local
19:10

located
90:3

logic
166:25

long
11:11
13:14
15:14
16:19
27:8 29:2
38:13
45:15,18
52:4 58:2
74:12,13
93:8
95:23
167:11
208:8
226:25
253:4

long-term
251:24

long-time
29:4 30:7

longer
81:17
96:23
172:3
177:6
206:17
229:15

looked
36:19
48:22



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: lost..Marianne

62:24
65:8
110:22,23
118:8,9
132:15
162:4
214:20

**lost**
27:24

**lot**
21:18
28:23
29:5
48:17,18
93:20
99:2,4
111:13
132:5
166:17
193:24
194:7
205:24
208:14
209:23
239:24

**Lourdes**
5:19
49:17
59:10
94:15
261:12

**lovely**
92:4

**Lowe**
125:24
126:4,6

**lower**
125:10
171:20
173:3,7,
10 174:2,
21 175:9,
11,20
176:14,17

**lunch**
49:21
93:6 94:8
207:15
208:6

**Lynch**
69:10
82:13,25
83:1,6

---

**M**

**M-e-n-a**
95:6

**M.J.**
16:2
41:20
139:5
252:11

**mad**
180:17

**Madam**
98:3
163:2
181:21
196:8
204:16

**made**
5:3 13:5,
15 14:2
17:23
18:11,17,
21 29:8
34:24
35:9
73:19
74:9
82:7,11,
23 83:5
91:25
94:19
96:1,4,9
110:8
112:8

125:19,
22,23
126:17
127:13,16
134:16
135:25
142:14,20
143:2,3,
18 146:21
148:19
170:3,7,
11,12
171:7
173:2
180:1
182:16
183:10
189:7
190:12
194:17
198:9
202:14
209:5,9
211:13,
19,22
215:11
216:12,15
218:12,
16,18
221:6,10,
11,12
225:2,8
226:11,18
229:12,13
247:5
249:19
260:13

**mail**
156:1

**maintain**
9:12
188:2

**major**
29:19

**make**
12:6
13:2,4
38:19,21,
23 39:6,
10,25
43:17
70:15
71:5
77:13
78:4,23
79:20
85:10,25
86:8
105:16,25
106:12
116:9
127:19,25
131:6,12,
15
144:17,23
149:19
154:20
157:11
162:5,6,7
165:9,11
166:10
170:15,
17,23
179:4
180:13,22
189:1
202:12,15
203:1,17
208:10,17
219:21
221:14
223:21
225:10
250:14
251:8
253:18,
23,24
258:2
260:12

**makes**

87:5
215:10
251:7

**making**
13:9 43:4
85:3
93:14
105:13
106:10
128:2
155:1
218:1
223:23,24
224:3
261:20

**male**
27:1,2
31:11,25
32:1,6,14
33:23
97:8,9

**man**
143:18

**manage**
155:2

**management**
21:5

**mandate**
32:4

**manner**
100:16,25
103:18
151:22
212:8
227:1
239:14

**March**
5:2
126:22
134:9
137:8

**Marianne**
243:1



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: mark..merged

mark
  55:16
  59:19
  109:15
  168:11
  169:1
  198:15
  210:19
  231:6

marked
  36:5
  56:1,21
  59:21
  98:11,20
  109:17
  169:3,11
  198:22
  199:3
  207:5
  231:15
  246:4

market
  60:18

marketing
  60:16
  69:3
  77:22
  78:20

married
  47:10
  54:8

Mary
  139:6
  158:15

massive
  64:7

match
  223:3

Mates
  69:6
  80:16
  81:10
  82:7,11

237:11

matter
  8:16
  135:15
  136:11
  155:3
  197:5
  253:1

matters
  62:2,5
  200:4

Mattes
  80:15

meaning
  107:3

measures
  39:13,18
  104:20
  106:23
  136:7
  152:11
  153:12,
  17,18,24
  154:7
  159:19
  160:1,10,
  13,19
  161:8,11,
  12,15,19
  162:22
  163:5,16,
  21 164:9
  165:3
  168:8

media
  131:7,12,
  19,25
  132:6,8,
  9,18
  135:15,20
  156:4,20,
  21,25
  157:3,8,
  11

158:22,
23,24
159:7,12
223:22,24
227:21

mediation
  149:8

medications
  7:8

meet
  22:16
  23:17,25
  24:10
  38:15,18
  39:22
  76:23
  87:17,21,
  23,24
  88:5,13,
  20 89:8
  92:8,10,
  14 109:4
  149:11,16
  167:20
  189:19
  250:12

meeting
  38:23
  39:2
  71:20
  92:13
  102:1,7
  141:13
  143:15
  146:21,24
  164:3,6
  173:17
  259:16

meetings
  23:16
  34:6
  88:11
  89:10,15,
  17,23

90:1
101:17
102:3,10,
12,14
103:3
153:17,22
162:1
167:18,20
186:10
187:4,20

meets
  86:7
  150:20

member
  19:11
  29:5
  129:2
  139:14
  158:2
  170:4
  226:22,24
  239:2,4

member's
  129:4

members
  21:13,14
  30:12
  47:18
  63:6
  72:1,3
  85:23
  89:13
  157:15
  240:23

membership
  238:22

memberships
  239:9

memo
  232:3,4,
  6,8,15,23

memory
  107:7

122:10,13
199:11

men
  181:6
  182:1

Mena
  46:24
  47:8,9,
  12,13,22
  48:10
  89:9
  90:16
  95:5
  96:16
  97:6
  159:11,
  18,21
  160:9,12
  177:25
  178:10,12
  197:10,18
  198:1
  212:19
  213:13
  235:19
  237:24
  240:12
  241:13
  242:3,14
  243:16
  244:3

Mena's
  95:17
  97:4

mentioned
  34:14
  68:1 95:1
  99:25
  100:25
  188:6

Mercer
  243:1

merged
  42:8



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 98 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: message..national

message
  81:19,22
  205:3

met
  21:25
  22:4,21
  23:7,22
  24:5
  30:10,11,
  12 39:22
  75:25
  76:7,25
  87:15
  88:1,4,23
  89:1,19
  101:15
  102:3
  109:5
  149:13
  150:20
  170:25
  201:11
  247:7
  253:24

Miami
  5:22

middle
  158:10,13

mind
  31:7

minutes
  49:22
  56:13
  93:14
  206:21
  208:15,16

mischaracte
rization
  117:12
  175:5

missed
  241:17

missing

36:11
79:20

misstate
  144:2

mistake
  230:4

mode
  40:17

modifying
  198:2

Moldof
  5:20
  18:14
  50:3
  52:14
  55:19,23
  56:8,15
  59:13,15,
  17 61:14,
  18 65:12
  90:14
  93:8,12
  94:3,6,
  12,15
  109:22
  110:12,
  15,19
  117:11
  125:14
  144:5,8,
  13
  145:20,23
  153:13
  165:15
  168:15,
  17,20
  192:10,14
  198:19
  204:15
  211:15
  214:9
  218:6
  230:21
  231:8,11

232:18
233:9
235:12
237:3
244:7
245:23
248:22
254:19
256:3,11
257:16,
20,24
258:9
260:1,5,
11,17,22,
24 261:12

mom
  93:25

moment
  98:14

money
  28:1
  137:22,
  23,25
  236:21
  237:12,14
  240:20
  241:15
  252:21,25
  253:7

monies
  28:2 81:7
  249:2
  252:14,19
  253:3

month
  13:16,17
  87:25
  92:11

months
  215:5,8,
  25

morning
  5:13,16
  138:24

motion
  7:22

move
  20:3
  47:21
  60:4
  114:5
  115:21
  116:20
  142:23,24
  144:3
  146:21
  148:20
  149:2
  150:8
  155:17
  157:12
  161:6
  206:20
  210:14,15
  235:2
  252:14
  253:3,17

moved
  34:8
  47:10
  87:20
  149:5,6
  235:3,4,5
  252:16

Movement
  180:2

moves
  134:4

movie
  180:18

moving
  19:12,21,
  24 140:1
  143:12
  235:6

multicultur
al
  46:7,9,

11,14
75:24
77:11
78:15

multiple
  209:5

N

N-a-s-p-a
  133:23

names
  7:16
  182:19

NAPA
  243:6

NASPA
  19:16,19
  20:20
  133:23
  136:23
  137:7,10
  154:11
  236:12,
  15,20
  237:25
  238:24
  239:14,16
  240:12
  242:19
  243:2,5
  244:13
  245:8,14

national
  19:9,16
  28:22
  30:5 31:5
  133:15,
  18,20
  235:20
  236:11
  240:2,8,
  24 241:3,
  5,19



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: nationally..occurred

nationally
   30:9

necessarily
   166:15,16

needed
   28:9,11
   34:14
   43:10,15
   44:21
   49:11
   63:6
   118:7
   186:5
   188:12
   190:17
   247:25

negative
   145:10,11
   146:5,14
   170:17,
   19,20,23
   171:1

negatively
   146:2

negatives
   67:4

night
   63:16
   129:5

nonacademic
   127:21

nonresponsi
ve
   114:6

North
   70:1

northern
   97:16

notation
   73:19

notes

72:24
73:9
106:12

notice
   13:23
   14:6
   72:23
   105:11
   112:15
   117:20,24
   120:17,18
   126:22
   127:2,8,
   13,17,20
   128:3
   132:11,
   14,17,23
   136:6
   149:25
   150:13
   153:12,25
   154:7
   163:21
   168:8
   184:16
   185:5,9
   186:16,25
   188:14
   198:2
   214:24
   215:2,15
   217:15,
   17,25
   218:4
   228:13,20
   229:2
   230:25
   255:6,13

notices
   104:12,25

notificatio
n
   112:16

number
   35:16,20

41:6
55:17
98:3,21
109:20
117:3
121:23
124:16
129:16
170:1
171:18
174:5
182:11
189:21
192:8,11,
14
194:11,
12,19
210:21
229:9,12
230:2
232:23
246:4,9

numbers
   35:21
   55:18
   125:10
   198:19

numerous
   183:4
   189:23

O

O+1
   261:10

O.C.G.A.
   261:18

oath
   6:20

object
   12:15
   18:1,7,12
   31:13
   32:18

44:9 55:6
59:2 60:9
61:13
65:3,11,
12,22
66:9,11
67:6
99:16
100:20
104:7,22
107:16
111:24
112:23
113:15,25
114:11
115:16
120:7
121:24
124:1
128:24
131:8,17
132:1
147:3
148:23
150:2
153:13,14
154:1,22
156:7
162:14
175:3
178:25
179:7
180:3,10,
19 181:2,
10,12
182:8,25
188:15
191:14
192:5
195:3
199:20
204:25
205:16
210:2,4
212:20
214:8,14
216:19

218:5
220:4
237:1
239:20
245:11
250:21
255:10,
15,20
257:16,20
258:8,14

objected
   129:2
   220:9

objecting
   213:5

objection
   12:16,19
   14:2
   61:14,17
   74:10,15
   90:14
   103:11
   111:23
   116:9,10
   144:18,24
   170:7
   175:4
   176:4,5,9
   212:23
   213:5,7
   245:23
   257:22
   260:16,18

objections
   116:21

objects
   18:14

obtained
   184:15

occasions
   209:5

occurred
   51:9



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 100 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: October..paragraph

52:20
63:17
97:24
127:22
162:1
164:6
194:7

**October**
11:14,15,
16

**offense**
125:17
129:13,24

**offenses**
112:19

**offensive**
78:3

**offer**
224:16,18

**offered**
20:14
173:9,14,
15,16,20,
23
174:16,17
175:8
224:14

**office**
21:25
27:22,24
28:6
29:12,14,
17 34:4
42:2,10
43:6,9,15
44:11
47:22
48:2,14,
16,18,25
49:6,8,14
62:7 81:1
83:3
84:23
85:8

89:11,18
90:17,19
92:12
101:19
106:25
107:9,13
108:22
110:24
118:13
123:3,9,
11,12,13,
14,20
133:17
134:14,24
144:21
152:16
168:2
185:13,
15,22
188:4,5
189:2
201:16
215:16,20
227:24
229:16
246:13

**officer**
34:17
35:4,10
43:20
126:18
240:18

**officers**
20:25
39:25
43:4
126:16
238:11,
12,13

**offices**
29:19
37:6

**oftentimes**
22:2 76:4
92:21

150:21
204:6

**ongoing**
20:12

**online**
25:11,15,
16,17
57:2,9

**open**
31:7
47:12
89:12

**operate**
252:19

**operating**
29:21
226:25

**operation**
34:8 42:8
105:18
108:21

**operations**
34:9 42:7

**opinion**
15:11
145:7,8,
13 190:8

**opportunity**
231:13,22
241:2

**option**
67:4

**oral**
57:23
58:3,9

**orally**
6:6

**order**
7:23
10:4,9
206:6

260:23,24
261:7,8,
14,15

**ordered**
261:6

**ordering**
260:25
261:3,15

**organizatio
n**
19:20
236:13
238:13,19
239:3,4,
11

**organizatio
ns**
19:11
157:15
238:21
239:5,17
240:3
252:20

**orientation**
83:3

**Orlando**
133:15
136:16
138:8

**outcome**
70:20
75:14,17

**outcomes**
75:18

**outgoing**
229:14

_____

**P**

_____

**p.m.**
50:4,5
94:8,9

137:3,4
168:22,23
207:1,2
235:13,14
259:8,9
261:23

**package**
98:6

**packet**
126:22
231:18

**pages**
36:11
261:22

**paid**
171:23
172:8
174:11,12
175:1,25
249:7
252:21

**panel**
43:20

**panels**
43:5

**paper**
125:4
221:20

**paperwork**
221:19

**paragraph**
37:1,24
39:13
109:25
112:4,13
113:2,5
161:14
162:23
163:5
232:25
233:5,12
246:5,18,
21



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: paragraphs..person

paragraphs
  200:21

pardon
  10:6
  40:14,24
  68:22
  72:12
  75:16
  76:12
  100:7
  105:22
  137:19
  146:10
  157:20
  195:9
  223:8
  230:9
  232:7
  238:18
  254:15

parent
  86:12

parking
  99:2,4
  193:24
  194:6

part
  10:19
  12:3,17
  21:17
  76:6
  102:3
  110:11
  122:23
  141:17
  143:4
  163:7
  168:2
  176:8
  177:1
  183:7
  206:9
  218:7,8
  219:5
  237:18

242:17
252:23

participate
  36:21
  37:11
  236:17
  255:18

participated
  226:6
  241:8

participating
  63:5
  226:3
  231:21,25
  238:11

parties
  94:14

partner
  41:19,22
  42:7,15,
  20 45:6
  90:6
  218:14,17
  219:2,7

partners
  86:3

party
  261:19

pass
  73:9

patio
  246:24
  247:21

Paula
  22:1,16,
  21 23:7,
  22 24:5
  171:7,9,
  15
  230:16,23

232:9,14
234:23

pavilion
  248:6,15

pay
  137:17,20
  251:6
  258:12
  261:10,12

paying
  251:15

pending
  258:20

people
  19:24
  20:12
  21:25
  30:10,23
  33:10,11
  40:20
  43:18
  53:1,18
  62:13,16,
  22 63:1,
  8,14,18
  64:8,12
  67:24
  68:12,14,
  21,23
  79:21
  81:25
  87:24
  88:1
  92:10
  101:18
  106:12
  107:10
  133:3
  167:2
  179:24
  183:4
  187:23,25
  189:23
  190:6,10,

23,24
202:15
212:8,9
215:7,21
218:24
221:17,19
222:8,20
226:20
233:13,23
237:9,13,
14,21
238:10
239:22
240:7,20
241:3,14,
15,25
242:1
243:13,18
245:3

percent
  249:20

perception
  145:16
  146:5

perform
  48:10
  66:10

performance
  62:9 67:8
  84:14
  171:25
  173:1,2
  177:3,19
  233:1,7

performed
  48:11
  62:20
  177:10,
  11,15,21

performing
  177:14

period
  95:24
  134:7

155:13,14
171:4
183:4
189:22
190:5,6,
25
192:18,21
207:22
212:3
213:25
228:13
229:2
249:3

permanent
  240:15

permission
  108:24
  184:8,16,
  22,24
  185:4,12,
  15 229:5
  236:10

Perry
  180:18

person
  21:6
  24:12,15
  28:14
  31:8 34:5
  35:19
  42:6
  47:21
  49:15
  68:24
  69:4,6,10
  77:23
  80:20
  107:11,23
  113:18
  114:13,20
  115:8
  167:23
  168:1
  182:13
  185:22



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 102 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: personal..position

200:8
215:12
216:11
217:7
221:25
225:19
237:11
238:20
241:16
242:1
253:7,9

**personal**
228:15

**personally**
228:5

**personnel**
19:17,18
77:21
133:19
191:8
217:11,13

**persons**
37:6
234:5
243:12

**pertained**
60:15

**pertaining**
9:14,16
110:24

**Petersburg**
17:2,3
156:10

**phone**
10:15
111:17
239:24

**phrase**
133:11
213:2

**physically**
90:17

**picked**
135:15,19
156:22,25
157:3

**picture**
110:13,14

**piece**
34:11,12
43:23
84:21
85:8
166:25
216:9

**PL**
246:4

**place**
53:5,19
93:6
110:4
134:1
215:22
223:15
229:13

**placing**
96:5
163:20

**plaintiff**
5:23
171:22
172:1,3,8
174:11,
20,25
175:20,25
177:4,6
183:5
194:16,17
209:10

**plaintiff's**
36:5
55:24
56:1,22
58:22
59:12,21
98:11

109:17
168:12,25
169:3
171:24
173:1,2
177:2,19
179:4
182:12,14
198:22
207:5
229:14
231:6,12,
15 232:22
246:4

**plan**
60:16
141:8
219:20
260:8

**planes**
93:16

**planned**
42:3

**planning**
141:2
251:24

**plans**
246:23
260:13

**played**
218:25

**player**
234:6

**pleased**
75:14,17

**pleasure**
12:23,25

**plural**
144:6,7

**point**
41:16,18
45:6 70:6

95:10
96:3
129:18
135:14
154:14,19
155:1
200:3
218:16
219:7
237:8
260:2

**pointing**
72:24

**police**
126:1,3,
13 127:9

**policies**
23:12,13
24:7,11
25:12,18
57:1,9
102:19
106:15
148:11
191:7

**policy**
12:17
53:1,17
55:18
89:12
217:13
253:6

**Poole**
129:17,19
224:13,
15,18
227:3,6,9

**population**
252:1

**portion**
35:10
129:25
182:24

**portions**
71:1

**posed**
116:13

**position**
12:6
13:3,6,
12,15
16:16,19,
22 18:25
19:4,13,
22 20:3
27:15
31:3,8,11
32:13
33:4,7,9,
10,11
34:25
35:10
38:11
41:7
43:12
45:17
46:6,8
47:11,15
48:1 50:8
51:18
54:15
60:22
66:17
68:17,19
78:12
86:9
87:5,6
92:16
96:6
123:3
172:12
173:11,
21,22
174:13
178:16,24
221:8,24
222:6,18,
23 223:4
234:25



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 103 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: positions..processes

236:9
248:17
252:13

positions
19:24
27:20,24,
25 28:2,
23 30:17,
18 40:18,
19 47:12
93:1

positive
234:15

positives
67:4

possibility
218:13

post
52:25

posted
224:5

posters
52:25

practice
165:2,6,
12 167:4
215:6,9,
25 222:15

practices
164:21
165:21
166:3,14,
16,19

predicate
66:12
108:2

preference
259:3

preparation
8:24

prepare

107:15

prepared
30:13

presence
179:5,16,
24 181:3

present
5:19,22
72:20
73:8
74:12
217:9,12

presentatio
n
251:9

presented
131:19

president
12:10,12,
13,23,25
13:1,2,14
14:18,20
15:16,24
16:1,4
28:4
29:10
32:4 43:9
44:21
49:1 76:5
88:11
127:25
134:19,24
138:18,25
139:4
142:11,12
143:5
156:25
158:15,18
182:17
202:19
205:11,14
225:13
235:8
248:3,10

253:12,15
254:4

president's
92:12
133:17
134:14,24

press
131:7,16

pressing
250:1

presuming
73:1

previous
15:20

Previously
211:8

primary
34:2

prior
11:18
13:20
14:14
16:22
25:24
26:14
27:5
42:14
45:22
46:4,18
75:1
103:9
104:4,18
128:2
135:22,23
149:24
223:9
233:16
257:25

privately
32:12

privilege
145:24

256:4,7
257:17,24

privileges
146:17

problem
44:23
104:25
105:11
183:21
206:25

procedure
152:10
153:18
207:25
208:4
209:20
210:12
261:18

procedures
23:13
24:6,11
25:13,18,
19 59:8
102:19
106:15
109:25
111:20
113:5,13
167:7

proceed
74:17
148:21

proceeding
148:21

proceedings
110:1,3
111:2,20
113:14
114:8
115:15
116:4
118:3

process

28:12,13,
17 34:15
35:12
40:5
43:5,11,
12,19,21,
24 44:3,
4,16,18
56:24
57:19
65:17
67:18
71:20
75:15,18
79:12
102:2
103:18
105:19
106:17
109:7
113:17,24
114:7,20
115:11,
14,25
122:24
123:4
140:1,2
141:4,6,
9,17,19,
22 142:2,
8,13
143:20
149:5,7
150:18
159:1
167:12
168:3
185:10
191:12,
13,15
192:1
237:18
251:22,24
253:20

processes
101:16,17



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 104 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: productive..question

167:7

**productive**
215:24

**professiona l**
19:3,8,11
21:21
76:9
115:22
209:22
236:12
238:11
239:5,17

**program**
69:19
71:1,15,
16,18
72:7
78:17
83:3
231:23

**programming**
63:7

**programs**
20:13
61:25
63:6,12
64:9
231:13
252:20

**projects**
253:25

**promised**
27:18
240:20,22

**promoted**
46:10,11,
17 47:14
191:1,2

**proper**
152:10

**properly**

101:8

**proposals**
251:16

**protesting**
52:24
53:9,11

**protocol**
51:10
52:10,20
53:15
84:16,18,
19 100:2,
15,19,25
101:4
102:5,7,
11,18,23
103:4,6
106:10
151:18,20
162:17,24
163:6,7,
11 164:13
167:12
183:6,24,
25 185:25
186:5,24
187:18
189:25
193:16,21
195:16,
17,18,21
196:25
197:4
198:6,8

**protocols**
84:25
106:15
163:8,12,
15,19
164:20,21
166:14
167:17
186:7

**provide**

19:12,18,
23 241:1,
6

**provided**
9:10
18:25
21:22
36:8,9
49:2
66:23
106:21
108:1
119:11,24
120:22
121:23
214:23
236:12,16

**provider**
86:22

**providing**
29:24
239:11,12

**provost**
13:20
139:13
143:6,7,9
224:22
225:2,25

**public**
10:23
44:22
45:1
159:7,11,
15 225:11
227:23

**publication s**
29:6
227:24

**publicized**
155:22
156:4,18
158:21
159:12

**pull**
10:14
157:16

**pulled**
48:21
170:24

**pump**
94:1

**purpose**
39:9
261:21

**purposes**
7:20
36:11
49:19
122:22
123:22

**pursuant**
5:3
214:24
261:17

**push**
93:20

**put**
28:21
72:20
74:16
128:8
153:11
154:6
168:7
204:3
208:23

**putting**
21:21
210:8

**Q**

**qualificati ons**
223:2

**question**
6:10,11,
14 23:5
36:24
37:22
52:16
54:9 60:3
73:17
84:5 91:8
106:24
107:12,17
108:6
113:3,4,
8,10
114:2,4,
7,15,24
115:12,
13,18,20,
21
116:10,
13,16,19,
22 120:24
131:9,21
135:18
144:22
145:5
147:4,7
160:2,17
162:15
163:2,4,
22,24
164:1
165:4,5,
10 166:2
174:8,10,
19 175:6,
9,15,18
176:3,8,
12
181:18,
19,24
183:17
194:6
196:9,12,
15,18
198:6,11
211:17



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 105 of 120

CHARLES L. BROWN, SR.                                          March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                          Index: questioned..recall

213:2,6
230:9
236:8
245:12
256:8
258:20

questioned
73:17

questioning
83:8
206:17
207:9
209:23

questions
23:18
72:15
73:16
92:19
113:21
235:17
244:7
259:19

quote
44:15
54:24
99:19
148:20
150:8
155:17
179:13
234:6

——— R ———

race
27:10
97:2,4

raise
15:12

ramifications
22:6

ran
48:2
49:14
186:2
187:14,16

rated
62:23

rating
65:9

read
25:17
56:8,10
110:9
112:24
128:12,
17,19
130:18
147:11
163:3
175:14
181:22,23
196:9,11
260:22

reading
113:1
176:7

ready
56:6,7,18
98:15,19
169:6,7
229:10,11
231:19
246:16,17

realizing
169:17

reason
12:21
13:7,8
14:7
41:14
60:7
74:9,15
92:17
96:25

111:19
122:20
123:19
171:24
172:25
174:24
175:22
177:2,18
182:12
189:24
195:14
197:11,
15,24
218:3,7
219:5
235:6
247:22

reasonable
112:11
208:11

reasoning
219:3

reasons
35:7
43:14
92:15
105:17
124:10
135:16
179:19
183:3
189:20,
21,22
190:4
194:18

reassign
215:19
216:6

reassigned
215:15

reassignment
216:2

rebuttal
202:3
212:15
213:18,21

recall
25:3,4
28:1 31:1
33:16
39:16
42:11
45:24
48:5
50:14,15
51:3
53:12
57:4,25
58:10
60:6
61:9,11,
15 64:19
68:2
69:14
73:14
75:5,11
81:4,6
82:2,7,22
83:13,14,
21 90:8,
10,11,12,
15 92:24
94:22
95:3 96:8
99:1,5,7,
8,18,22
101:20
104:2,3,
11,15,16,
17,23,24
105:6,21
106:3,5
108:23
122:1,4,6
123:18
124:2,4,
17,18
125:16,18

126:5,8,
10 127:2,
5,8,12,16
131:5
132:7,9
134:13
135:11
136:2,5,
8,9
137:13
138:5,10,
12,16,21
139:3,16
148:4,8,
10,14
149:22
150:12
151:11
152:17
153:7,23
154:2
155:7,24
157:25
158:5,8
159:8
161:10,22
162:9,10
164:16
168:6,9
171:3,6,
9,12,13,
14,17
172:24
182:19
183:25
185:5
188:9,19
193:23
194:1,3,
5,7,10,23
202:21
203:13,
18,19,21
205:2,6,
7,10
209:6
211:5,10,



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 106 of 120

CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                  Index: receive..relations

13,19,22, 25
212:16,17
213:17,20
214:10
215:4
216:24
217:1
220:5,7, 8,20,22
221:11,12
224:5
226:3
228:4
229:4,6
231:21
232:14,17
234:23
235:1
236:22,23
244:4,15, 20,22
245:1,13, 16,18,21, 22 246:1, 2 247:2, 4,5
248:8,9, 16 259:14

receive
14:10
15:18
24:16,19, 25 25:5, 7,15
134:10
194:16
254:9

received
8:12
14:11
27:20
112:9
155:25
201:3
203:16

254:6,11
receiving
14:14
124:18
134:13
203:13

recess
50:4 94:8
168:22
207:1
235:13

recognition
238:15
240:9

recollect
96:10

recollection
185:1

recommend
194:21
195:7
257:2,4, 6,12

recommendation
87:5
182:16
251:7,8

recommendations
29:8,9,11
47:18
86:9
254:1

recommended
29:12
86:17
182:14
194:12,15
197:9,13
198:4

record
5:14,17
6:8 7:21
18:3
36:11
52:13
72:21
73:7,19, 23 74:10, 16,25
86:23
91:10,25
92:23
97:10
115:20
116:9,16
124:16
137:1,2, 3,6 145:1
154:16
158:6
162:20
163:3
175:15
181:23
196:11
207:7,13
208:2,5, 9,24
209:8
210:8
213:4,8
259:2,6, 8,11
260:6,13

records
16:6
28:19
33:15
45:21
48:17
158:7

recreation
215:16,20
249:12

recreations
69:24

redesigned
27:21

redevelop
30:14

refer
35:19
125:9
177:8
179:12
180:17

reference
180:18
254:12

references
254:10

referring
19:1
57:19
102:17
108:5
119:4
121:12
161:13
196:23
207:18
246:19

refers
37:6

refine
162:3

reflective
32:5

refresh
107:7
122:10,13
199:11

refusal
114:17

refuse

201:24
refused
75:11

refusing
114:15, 16,21,24
115:11
201:25

regard
79:17
80:9

regs
12:18

regular
22:5
88:2,21
89:20
238:8
241:16

regulation
36:9
59:7,11, 24 192:4, 8,9,15
214:24
215:3,11

regulations
5:4 14:5
106:15

reiterate
48:15

related
22:6 62:3
236:20

relation
80:13
151:5

relations
56:22
61:2,6
225:23
227:23



Case 0:15-cv-60621-DPG Document 79-2 Entered on FLSD Docket 06/27/2016 Page 107 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: relations/communicat..reprimand

relations/
communicati
ons
  225:12

relationshi
p
  53:24
  68:4
  76:8,9
  84:2,8

relayed
  166:19

release
  133:4
  223:22
  224:1

released
  132:18,
  20,23,25
  133:5
  219:21

relied
  185:1

rely
  44:25

remain
  86:14

remaining
  183:2

remember
  11:23,25
  12:2
  16:11
  24:20,21
  30:25
  32:15,23,
  24 33:2,
  5,9,13
  41:5,7
  45:16
  52:1,2,4,
  8 53:11
  75:4,7,10

76:18
78:6,7,9,
17,21,22,
25 79:1
87:23,24
88:1,3
89:7 90:8
99:12,14
111:4
120:15
127:11,12
134:12,18
139:10
140:6,7,
19 147:21
148:14
150:5,7,
9,10
153:2
154:23
155:1,10,
14,16,19,
20 156:14
164:24
186:21,22
193:19,22
199:1
200:12
201:1,2,
6,19,25
202:5
203:5,6
213:15,16
217:5
223:13,
14,23,24
224:3,4
230:15
231:2,3,
24,25
232:2,4,
6,8,9
234:11,16
245:10
247:14
248:9
256:15,

16,17
257:1
258:4,5

remove
  86:20
  87:6
  156:25

removed
  43:21
  86:11,17
  156:23

removing
  158:18

reorganizin
g
  118:13

repaid
  253:1

repeat
  6:14
  52:16
  112:24
  128:14
  131:9
  134:22
  163:1
  165:16
  183:17
  204:19
  230:9,21
  242:6
  243:8
  252:23

rephrase
  6:14 23:3
  24:3
  236:8

replaced
  220:25

report
  29:1,13
  30:13
  40:25

42:20
107:10
125:17,20
126:6,9,
11,13,14,
19,20
127:10
128:10,
13,18,23
130:6,22
131:11,
12,13,15,
24 132:3
147:9,11,
15 152:7
219:10
226:11

reported
  34:7
  41:20
  42:16
  45:7
  46:16
  54:14
  62:2
  75:23
  85:8
  131:11,
  16,24
  132:5,7
  150:18
  161:7
  219:12,13
  222:4
  242:15

reporter
  5:3 6:8
  72:14
  94:16
  98:3
  163:2,3
  181:21,23
  196:9,11
  204:17
  208:7
  230:18

233:3
260:25
261:3,9

reporting
  5:5 41:24
  42:10,15
  45:19
  68:5
  84:20
  89:17
  161:10
  171:1
  219:9
  221:18

reports
  40:22
  41:3
  85:22

represent
  5:25

representat
ion
  86:1

representat
ives
  182:20

reprimand
  50:19
  51:8,22,
  25 52:7,
  10,19
  54:24
  55:3
  57:23
  58:3,6,8,
  9 61:6
  79:7
  151:14,25
  186:20
  191:4
  192:19,24
  193:2,5,
  7,10,15
  194:16,22



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 108 of 120

CHARLES L. BROWN, SR.                                    March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                 Index: request..revolved

195:2,8,
15
197:10,14
198:5,18,
25 199:13
201:22
202:4,8,
23 203:8
204:14,24
205:5,12
211:9,23
212:5,13
213:14,23
214:2
233:18,19
234:19

**request**
30:16
73:4
98:10
161:5
209:8,9
236:24
241:21
242:20
245:3,22
250:8,10,
11,14,18,
23 260:13

**requested**
68:9,10
76:17
236:1,4,
19 261:19

**requests**
68:9 76:2
250:13

**require**
152:6

**required**
44:14
64:10
123:24
150:13

189:11
206:2,3

**research**
239:12

**reserve**
259:20
260:2

**reserving**
207:10
260:7

**residence**
52:24
53:2
60:17

**resigned**
96:24,25

**resolution**
140:13,17

**resolve**
76:7
140:3,14,
15 141:1,
8,11,23

**resolving**
140:9
141:3

**resources**
24:13
27:18
182:18
239:11

**resources'**
25:12

**respect**
183:6,24
189:25

**respond**
6:6,11
73:6
83:24
151:21

230:2
234:14

**responded**
170:8

**responding**
103:17
175:2
176:12
196:2,5,
17,20

**response**
116:6,8,
13,20
135:1,2,9
139:17
171:22
175:24
193:17
196:10
220:16
229:14,19
234:1

**responses**
8:21 9:4,
7 168:12
169:9
206:22
209:24
229:9

**responsibil
ities**
62:23

**responsibil
ity**
44:11
85:10,24
107:1
113:19
115:9
222:2
241:24
253:3,9,
17,22

**responsible**
34:18
42:22,25
43:3 44:3
53:22,23
61:24
64:3,5
85:17,24
90:5
107:23
141:7
143:8
167:23
221:25

**responsiven
ess**
195:21

**restructure**
27:23
28:16
29:15
30:14
90:7
123:2

**restructure
d**
28:12,13
29:13,19
34:6
41:15
43:8,15
48:14
92:15,17,
24 105:18
219:10

**restructuri
ng**
219:6

**result**
77:5

**resume**
17:7

**retain**
12:25

255:24
257:15
258:3,6

**retained**
254:13,16
257:18,21

**retaliation**
18:21

**retired**
47:11

**retreat**
103:2

**review**
6:5 8:21
9:3,6
39:14,23
40:2 56:4
59:25
106:14,17
147:23
148:1
162:2
187:4,12
194:4
261:20

**reviewed**
8:10 9:9
36:16
38:8,9,
13,14
57:2,9,12
59:7
99:20
147:25
148:2,6
256:21

**reviewing**
39:2 60:2
124:17
147:9

**revolved**
153:11



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: Ria..say-so

**Ria**
5:24
12:16
72:17
91:12
116:2,5
259:4
260:25

**right-hand**
125:11

**rights**
112:19
141:14
180:2
191:9
210:11

**rise**
247:18

**Rising**
243:7,9
244:13
245:8,14,
20

**Robin**
23:25
24:10,12,
15 61:12
203:9,10
217:11,22

**role**
34:6
47:21
77:21
84:22
109:5
142:5
157:7
182:6

**roles**
240:8,24
241:4,5,8

**room**
5:19 7:20

74:3,11,
23 94:11,
14

**rose**
238:10,23

**rotated**
75:8,10

**Rotela**
97:24
101:14
102:13
103:9
104:4,19
129:15
130:14
132:18
133:11
134:11,25
135:19
136:2,11
138:14
141:1,3,
9,14
142:7
145:6
146:2
147:1,16,
20,24
148:20,22
149:9,11,
14,17
151:5,8
154:14,21
155:3,21
156:15
183:6,24
186:17
189:25
190:7,11
193:13
194:4
195:19
197:4
206:10
218:24

223:18,24
224:6
226:5,13
227:5,20
234:21
259:15

**Rotela's**
149:20

**Rozalia**
5:23 79:9

**Rule**
261:17

**rules**
5:4 6:5
207:24
208:4,19
209:19
210:12
261:18

**rumor**
133:5

**rumored**
133:3,7

**run**
34:3
47:22
89:11
185:24
186:14
187:13,14
188:25
189:2,15

**running**
208:17
237:6

**runs**
138:22
185:22

**Ryan**
97:23
101:14
102:13

103:9
104:4,19
129:15
130:13
132:18
133:11
134:11,25
135:19
136:11
138:14
141:9
142:7
145:6
146:2
147:1,16,
19,24
148:20,22
149:9,11,
13,17,20
151:5,8
154:13,
14,21
155:3,21
156:15
186:17
206:10
223:18,24
224:6
226:4
227:20
234:21
259:15

───────

**S**

**SACSA**
242:4,7,
8,9,10,12

**safety**
53:1,8

**salary**
171:20
172:15
173:3,7,
9,10,14,

15,16,20,
22,24,25
174:1,2,
17,21
175:8,9,
11,20
176:14,15

**sanction**
158:1

**sanctioned**
157:16,
17,18

**Sandeen**
29:2 30:3

**Sandy**
33:22

**sat**
48:20
85:20
87:8,11
90:17
162:4
253:9

**Saturday**
138:22

**Saunders**
16:2,3
41:20
139:5,6,
9,19
143:11,12
158:15
182:17
205:11,
14,22
225:13
252:12
253:12

**Saunders'**
139:16

**say-so**
172:21



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 110 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: SCAC..showing

SCAC
  85:20
  86:5,23
  88:24
  89:2

schedule
  88:10,18
  92:10,22
  149:21
  216:10,12

school
  10:23,24
  11:1,3

schools
  35:13
  48:22
  157:19

search
  30:19,21,
  23 31:2,
  5,7 48:3

searches
  28:22
  31:24

seat
  253:9

secondary
  10:24

section
  37:12,19
  38:5
  39:17

security
  125:17
  126:15,18

seek
  189:11

select
  31:8

selected
  225:19

self-
contractor
  9:20

self-
employed
  9:21

sell
  235:4

semester
  16:7

semicolon
  174:25
  175:25

senate
  226:4,8,
  9,12,17

send
  17:6
  165:3
  200:24

sending
  149:25
  188:13
  203:19

senior
  29:10
  102:4
  103:3
  142:12
  143:2,6,
  14 146:20
  187:20
  240:23
  241:2,4
  247:19
  248:2,3
  259:15

sense
  163:18
  166:17,24

sentence
  130:2,5,7

  172:25

separate
  43:11
  97:19
  165:3
  202:11
  212:10
  214:13
  219:25
  220:18,23

separated
  43:7,14
  58:14,15,
  17 60:7
  61:1
  81:12
  82:4
  190:18
  215:21
  228:1,6,9
  230:1,6,
  11 235:7
  254:9,23
  259:14

separating
  15:6
  79:25
  80:5

separation
  12:17
  13:23
  14:3,7,9
  15:15
  58:25
  96:15
  182:12,14
  183:3
  189:21
  211:1,2
  214:6
  217:16,
  22,25
  218:4
  220:9
  228:20

  231:1
  234:10
  255:7,13

September
  11:14
  122:12

serve
  12:23,24
  32:6
  38:22
  239:13

served
  13:19
  35:1
  49:13
  95:7

services
  29:24
  86:10,13
  194:8
  239:12

serving
  71:19
  102:22,23
  152:25

sessions
  186:11

set
  20:11,16
  84:23
  85:25
  89:17
  103:19
  168:13,25
  169:13
  253:20,22

sexist
  170:3,11

sexual
  18:10,16

SG
  156:25

SGA
  158:18

shaking
  6:7

shape
  48:16

share
  240:1,3

shared
  49:2 76:1
  81:1
  130:23
  131:1
  135:21
  139:11
  155:5,11
  201:12
  227:1
  247:18

shifts
  134:4

short
  45:14
  76:3
  207:16

shoulders
  6:7

show
  35:16,25
  55:16
  73:9
  109:14
  168:24
  206:12
  231:5

showed
  60:5
  79:14
  192:7
  211:8

showing
  111:21



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: shown..staff

119:7
121:20
122:8
169:11
210:19

**shown**
98:20

**Shows**
63:16

**shrugging**
6:6

**sic**
96:25

**side**
91:11

**sides**
77:3

**sign**
95:17
197:20
221:19

**signature**
65:9
169:15,
19,20,21

**signed**
211:3
222:14
236:14,16

**significant**
19:4

**signing**
261:21

**similar**
156:16
209:4

**simple**
246:23

**singular**
144:5,13,

14

**sir**
114:15
145:9

**sit**
35:14
85:20,21
86:15,16
87:1
88:24
89:2
94:24
250:12
251:25

**site**
80:1,6
136:20,23
224:2,6
226:19
227:22

**sitting**
43:20
71:8
183:20

**situation**
79:22
130:20,21
225:7
234:21

**six-month**
214:24
215:2
228:12

**six-months'**
215:15

**size**
249:4

**skin**
179:5,11

**skyline**
92:5

**slow**
41:25

**small**
110:19

**smaller**
86:18

**social**
11:8

**solicit**
10:2

**solicited**
247:8

**sort**
7:23
48:1,14
49:14
73:5
125:7
144:18
208:24

**sought**
47:18
140:17
185:14

**sound**
119:13

**South**
17:1
18:18,22

**Southern**
242:12

**speak**
7:21
10:16
65:1,10
84:18
103:19,23
152:6
171:10
233:22

**speakers**

21:17

**speaking**
72:18
73:23
74:24
191:9

**specific**
11:7
19:23
20:24
83:21
112:17
115:21
119:19
123:23
153:3,8,
23 162:13
190:16
215:12

**specificall
y**
136:2
140:4
145:20

**specifics**
82:19

**spelled**
60:11,19

**spent**
29:6 81:8
249:17

**spoke**
79:10
126:5,8,
11 127:9
136:14,15
152:2
158:18
191:6,19
233:21

**spoken**
7:13 8:7
77:1

**spring**
16:7
90:12
134:8

**SR**
5:1,8

**St**
17:2,3
156:10

**staff**
20:10,11,
12,13,14
21:12,14
22:1
28:22,23
29:10
30:11
32:3
47:19
53:16,17
63:6
89:12,24
90:2,3,4,
6 101:16
102:3,4,
7,10,11,
14 103:3
106:12
138:18
142:12
143:2,6,
14 146:20
161:25
168:2
186:9
187:3,20
212:9
240:23
241:2
244:6
247:19
248:2,3
249:20
259:15

**speakers**

189:16



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 112 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: stamp..student

stamp
  35:20
  55:22
  98:21
  210:21

standard
  215:6,9,
  25 222:15

standards
  59:7
  192:12

standing
  12:16,18
  14:2

start
  41:23
  156:12

started
  17:10
  41:25
  49:5 88:7
  207:20
  238:24
  240:14,
  17,18,19
  247:16

starts
  98:7
  130:2,8,
  11 203:10

state
  5:13
  19:10
  35:2,3
  40:8 70:1
  116:16
  156:10
  170:2
  171:18
  172:8
  174:20
  175:7,10,
  19 182:11
  196:24

202:2
210:9
212:14
249:2,8

stated
  23:6 24:5
  25:20
  39:22
  58:5 83:9
  100:15
  107:6
  111:12
  117:7
  119:23
  124:6
  129:18
  130:19
  136:9
  141:23
  146:20
  148:10
  154:10
  164:2
  183:14
  186:4
  190:4
  194:18
  197:3
  201:5
  209:15
  215:11
  228:19
  229:15
  234:6

statement
  82:22
  91:25
  157:23
  219:1
  223:21,
  22,23,25
  224:1,3
  225:2
  226:19

statements

227:20

states
  175:19
  200:19
  246:21

stating
  129:17
  205:4
  213:21

stay
  209:19

stayed
  48:1

step
  63:16
  159:2

Stephens
  172:17,
  18,20,23
  173:17

Stephens'
  172:16

stepped
  34:5
  159:5

steps
  112:14
  113:5

stint
  84:8

stop
  73:5 91:7
  160:10

strategic
  30:14
  219:20
  252:2

strategy
  29:15

stray

164:19

streamlinin
g
  219:6

strengths
  83:17

stress
  32:2
  167:1

stressed
  84:17
  101:16
  102:4
  106:9

strike
  35:15
  45:23
  77:14
  104:10
  114:5
  129:19
  133:9
  153:9
  194:1
  220:23
  237:23
  254:7

structure
  246:24
  249:23

student
  16:18,23
  17:2,19
  19:5,8,
  13,16,19,
  21 20:1,
  22,25
  22:5,7,9
  25:21
  26:11
  27:19
  28:25
  29:2,4,6
  30:4,5,6,

7,9,15
34:12
35:12,15,
25 36:8,
14,16,23
38:3,18
42:8 43:7
47:17,19
50:8
51:18
57:13
61:22,24,
25 62:4
63:7 64:8
66:16
69:4,7,19
71:17,22
75:18
83:2
86:3,6,
10,11,13,
17,19,20,
21,24
87:1,4,6
88:24
89:16
97:20
98:10
101:7
103:5,10,
25 104:21
106:9,23
107:24
109:25
110:4
111:2,20,
21 112:9,
17,20,21
113:13
114:8,9,
10
115:14,23
116:1
118:2
122:21
125:21
127:24



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 113 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: student's..supervisor

129:1,2,
15 130:3,
8,13
133:19
135:13
139:15
140:2,9,
14,15
141:9,12
142:6,16,
17,19
143:19,24
144:12
145:12,15
147:1,16
152:11,14
156:4,5,
17 157:2,
13 158:25
159:2,4,
5,10,14
160:1,10,
13,19,20,
22,25
161:13,20
162:1,4,7
163:12
165:22
166:13
167:24,25
172:18,19
178:15,
17,19,23
187:5,11
188:7,24
189:9
194:8
200:8
219:15
225:4,8,
22 227:25
229:16
240:6
242:13
248:12
249:1,9
250:3,7,

13
251:19,21
252:1,17,
19,20
253:2

**student's**
112:19

**students**
21:8
25:25
26:6,14,
18,21,22
27:4,6,
16,22,23
28:3,6,7,
8,9
29:12,16,
17,23,24
30:12,20
31:20
32:5,22
34:1,3,
14,16
36:22
37:3,5,7,
8,9,12,19
38:4,11,
16,22,24
39:1
41:10
42:1,10,
21 43:6
44:1,13,
24 45:3,
25 46:5,
19,21,25
47:3,6,9,
11,22
48:1,4,6,
9,12,25
49:14
52:24
53:4,6,9
60:22
62:3,7
66:18

68:18,20
71:19,21,
23 78:12
79:3
84:9,15
86:7,8
101:19
102:2,22
105:2,18
106:2,19,
22,25
107:2,3,
21,22
108:1
109:7,12
112:10
117:7
118:17
120:2,23
121:3,6
122:16
123:8,9,
11,16,21
143:17,
21,22,23,
25 144:4,
11 146:6,
13,15,16,
17,18
154:5
157:17,18
159:23
162:7,11
166:5,9,
20
167:16,21
168:1
171:21,22
173:11,21
174:24
175:22
184:10
185:13,15
186:6,14,
25 187:14
188:13
189:2,12

221:1,7
222:3,18
223:10
225:7
233:14
236:9
239:9,13
247:7,8,9
248:18
249:1,6,
7,10,16,
19,21,22,
25 250:2
251:2,5,
7,15
252:3,15,
18
253:18,19

**students'**
53:20

**studies**
11:8

**study**
247:15

**stuff**
53:5
217:23
239:25

**subcontract
ing**
9:23

**subject**
199:5

**subjects**
11:7

**submissive**
181:6,25

**subordinate**
50:10

**subordinate
s**
50:19

**subsequent**
139:20

**subsequentl
y**
174:1

**substitute**
11:9

**substitutin
g**
11:12,18

**successful**
191:3

**succinct**
123:2

**succinctly**
67:15
109:2

**suffer**
6:22

**suggestions**
39:25

**summary**
129:13,24
246:12

**supervise**
40:6
45:12
216:11

**supervised**
45:19
60:21

**supervision**
41:24
216:7

**supervisor**
46:13
87:18,19
200:1,2
216:9
234:14



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: supervisory..terms

**supervisory**
246:22
247:12

**support**
241:6
247:8

**supported**
71:22

**suppose**
74:16

**supposed**
88:22

**surprise**
194:25

**surprised**
73:18

**surrounding**
139:23
140:21

**SUS**
35:11,13

**suspend**
58:11

**suspended**
156:23

**suspension**
117:24
120:18
148:16

**sworn**
5:9
126:16

**system**
10:23
28:19,20
35:2
60:18

**systemic**
88:17

T

**table**
91:12
248:4

**taking**
149:4

**talk**
23:17
32:3
67:17
77:18
80:15
81:15
97:22
102:20
103:2,3
114:20
115:6,8
117:14
141:21
151:16,17,22
182:6
188:1
224:12
256:4

**talked**
44:17
76:18
77:2 79:9
83:9 96:7
100:4
118:7
121:15
125:24
126:1,2
139:22,24
140:12
141:20
143:16
148:2,6,9
162:16
164:10,20

170:25
183:9
186:8
187:3,4,23 190:9
201:12,16
226:10
234:13
248:10,12

**talking**
25:12
31:22
41:1
63:25
68:4
73:13
74:19,23
79:19
91:14
111:7
115:1
117:1
121:4
124:24
140:20
141:25
177:25
184:4
224:13
232:10,14

**Tampa**
242:24

**tasks**
70:25

**teach**
11:9 70:7

**teacher**
11:8

**teaching**
10:3,11,13,20,22
11:6,18
129:4

**team**
87:4
143:3,4
234:6
248:5

**technology**
28:21

**telephone**
254:6

**telephonically**
207:4

**telling**
168:6
171:9,14
212:17

**tells**
237:11

**template**
107:6,8,25
108:20,21
109:1,13
117:20,23
118:2
119:8,23
120:9,13
121:8,12

**templates**
106:21
107:15
108:9,15,24 117:1,6,7,9,14
118:19
119:2,3,17,24
120:5,17,22 121:2,4,16,18,19,23
122:7
184:3
188:25

**tend**
215:21

**tentative**
254:2,3

**tenure**
106:6,7,8
158:10,13
159:17
216:12
242:21

**term**
14:3 37:5
162:18

**terminate**
51:11,17
58:13
194:17
203:2
205:15,18
206:7
211:20
213:22
214:1

**terminated**
12:14
81:12
190:17
209:1,2

**terminating**
206:9

**termination**
12:19
14:3
51:22
52:6
58:3,23
59:1
205:23
218:22
234:7,9

**terms**
21:7 35:6
40:1



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 115 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: Terry..time

44:17
54:10
62:2,22
68:6
69:5,8,11
70:25
71:20
76:8
77:25
78:2
82:16
85:2,4
86:10
100:24
102:22
105:15
106:1
109:6
140:1
150:17,18
157:5
164:18
167:6
184:4,6
191:7,24
195:19
196:1,16
200:4
212:7
215:24
216:9
224:14
233:13
250:14
251:23
252:19

**Terry**
46:24
47:8,9,
12,13,16,
22 48:10
49:9
89:8,15,
17 90:16,
19 95:5,
17 96:16

97:4,6,8
159:11,
18,21
160:9,12
161:7
177:25
178:10,12
197:10,18
198:1,7
212:18
213:13
235:19
237:24
240:11
241:13
242:3,14
243:16
244:2

**testified**
5:10
100:10

**testify**
6:24 7:11

**testifying**
91:20,23

**testimony**
6:8 7:24
52:18
72:20,22
73:3
74:14,22
144:2
210:5

**texts**
239:25

**thing**
56:9
126:18
133:14
190:20,21
253:6

**things**
10:10
22:2

23:10,14,
15,17,19
27:24
28:4,23
32:2
38:15,20,
21 40:1
43:8
48:18,19
49:2,4,6,
7,11,12
60:19,20
67:14
68:1,6
70:5
71:21
76:5
84:16
85:5
100:24
102:20,21
103:1,3
105:24
106:12
109:1,7,
8,9,11
111:13
113:10
118:7,8,
9,22
151:21
162:2,3
175:12
188:1
190:19,22
196:1,17
202:14
205:24,25
206:4
218:9,23
219:10,14
234:18
240:1,3,
20,21,22
249:15

**thinking**

183:18,20

**thirty**
125:12

**thought**
23:18
54:1 57:8
63:12
106:13
124:12
137:10
142:15,18
144:3
193:3
216:10
220:13
229:25

**thousand**
17:13

**threatened**
186:20

**three-minute**
49:19,20

**Thursday**
138:24

**tied**
71:19

**time**
10:20
12:11
28:5 29:2
32:23
40:7,18
44:1,14
45:13,14
48:15
49:1
56:14
63:2,13
66:15
72:22
75:9
76:1,5,6

77:2,10
78:6 79:2
80:21
81:2
93:16
95:9,24
96:8,16
97:15,19
98:23
103:1,2
106:18
110:4
112:21
118:14,
18,22
120:5,16
125:19
126:10
131:4
132:2
134:3,6
139:4
143:9
144:20
154:4,19
155:13,
14,15,24
156:5,9,
10,13
158:16
159:9
167:1
169:17
171:3,24
172:9
174:12
175:2
176:1
178:23
183:4
185:11
188:25
189:23
190:5,6,
25
192:18,
20,24



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 116 of 120

CHARLES L. BROWN, SR.                                              March 11, 2016
WILLIAMS vs. FLORIDA ATLANTIC                              Index: timeline..uh-huh

194:23
197:6,8
204:1,13
207:12,22
208:17,21
212:1,3
221:19
226:1
236:3,6,
10 249:3
252:7,10,
17 255:8,
12

**timeline**
45:18
66:21
78:7,10
150:6
214:3

**timely**
43:18
68:5
100:16,25
103:18
151:17,
19,22
195:24
196:1,5,
14,16,20
197:2

**times**
22:20
23:21
40:17
68:7
69:12
78:2,14
80:20
85:11
88:11
95:2
113:7
116:17
122:17,18
124:10

150:22
237:5

**timing**
49:20
256:10

**title**
26:4,16
28:8

**today**
6:1,20,24
7:11,22
16:13
35:17
60:5
72:21
74:22
98:22
113:23
133:12
183:11
191:12
223:19
229:21,23
235:21

**today's**
7:14 8:11

**told**
31:4
48:21
81:19,20
85:15,16
132:25
133:2
170:10
193:17
208:14
212:12
213:13
217:21
238:10
247:9
256:4

**tone**
78:1

**Tony**
220:6

**top**
56:22

**touched**
85:3

**traffic**
93:19

**train**
43:17

**trained**
43:4,5

**training**
18:25
19:1,4,6,
9,10,12,
14,18,23
20:21
21:22,23
22:21,22,
25 24:16,
19,25
43:17
186:11

**transcribed**
261:1,4

**transcript**
260:24
261:14

**travel**
20:15
137:23
138:3
235:23
236:1,4,
19,24
237:14
241:9
242:17
243:25
244:15,17
245:19,22
252:20

**traveled**
244:20

**travels**
243:25

**treat**
146:5,13,
15,18

**treated**
212:18
213:12

**treating**
145:12,14

**trouble**
216:17

**true**
14:8
112:12
173:12,13
260:1

**trustees**
43:13
123:6
251:3,5,
13,14
252:5
254:5

**trustees'**
12:18

**truthfully**
6:24 7:11

**Tubbs**
29:4 30:7

**turn**
76:2,4
200:13

**turn-around**
76:6

**two-minute**
206:23

**two-pronged**

139:14

**Tyler**
180:18

**type**
19:1,3
118:2
255:9

**types**
20:4
123:23

**typical**
156:22

**typing**
72:24

---

U

**uh-huh**
6:9 14:4,
24 36:4,
15 37:2,4
39:15
52:12,15,
21 57:3,
21 58:21,
24 66:21
80:17
84:6
94:21
100:3
104:8
109:3
111:6
112:5,7
117:2
122:9
124:22
128:11
129:11,
14,23
130:12
146:22
153:20
154:15



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: ultimate..verbal

158:3,20
159:24
161:17
162:19
164:4
165:24
170:6
177:7
188:8
190:2
194:20
199:6
200:15,17
202:25
203:24
204:2,11
205:1
215:1
223:20
229:18,20
232:21,24
233:8
235:18
246:20

**ultimate**
108:14

**ultimately**
48:11
53:21

**unable**
247:11

**undermine**
76:21

**understand**
6:13,19
31:21,23
36:24
37:13,16,
21 38:7
72:18
73:24
93:15
162:8
181:18

206:19
209:20
226:22
257:11

**understandi
ng**
115:14
128:22

**understood**
28:11
34:15
35:1,11,
12,13

**unethical**
253:5

**unfairly**
145:13,15
146:14

**unintelligi
ble**
233:2

**union**
252:17

**unison**
61:19

**units**
34:7
46:16
219:8

**universitie
s**
156:22
250:14

**university**
9:16
11:20,22
12:14
13:20,21,
22 14:2,6
15:2,6
17:1
18:18,21

24:24
25:6
27:18
29:3,22
30:4,8,16
35:3,5
36:10,19
43:13
44:23
47:13
57:2,10
58:14,16,
18 66:24
69:24,25
81:10,18
86:11,14,
18,20
87:7
96:17,20,
23 102:23
109:12
110:1
123:5
132:20
133:4
142:16,
21,23
143:17
144:16
145:3,6,
11 146:3,
13 148:19
149:2
150:8
155:17
156:9,13,
24 157:5,
11,25
158:7,14
182:13
212:11
215:7,22,
23 217:14
224:12
227:10,
15,16
228:9

230:12,25
235:8
238:15
240:10
250:10,
12,13,18,
23 251:1,
2 252:7,
12 253:5
255:7,8,
12,18

**university'
s**
12:16
23:13
146:23

**unprofessio
nal**
129:18

**unusual**
157:2,24
240:25

**unwritten**
164:13,21
167:16
186:7,24

**update**
22:1
23:7,12
24:6
134:20,25
135:8,10,
11 139:1,
8,11,13,
19,21
152:14
154:13

**updated**
38:20
85:11
115:10
131:2
136:1
138:14,

17,18
140:1

**updates**
72:8

**upgrade**
28:22,23

**upset**
129:20
130:9,15

**upstairs**
53:5

**usage**
247:24

**USF**
17:3,5,15
156:10

─────────

**V**

**vacancies**
47:8

**vacant**
48:1
221:24

**vacillated**
40:10,16,
20

**vague**
114:11
116:11
181:10,15
213:9

**variety**
20:13
21:7

**verbal**
55:11
65:25
91:6
191:19



Case 0:15-cv-60621-DPG   Document 79-2   Entered on FLSD Docket 06/27/2016   Page 118 of 120

CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: verbally..Whitelock's

verbally
52:14
129:17

verified
169:22

version
201:9,12

vibrant
27:19

vice
38:18
66:17

vice-chancellor
17:2

vice-presidency
21:3
243:13

vice-president
13:19
16:18,23
17:18
19:5,7,13
20:3,7,21
21:19
25:21
26:5,11,
14,19,20
27:16
28:9
30:3,11,
20 32:21
34:1,13,
16 37:7
38:3
39:23
41:9,12,
25 42:21
43:25
44:13
46:19,20,
25 47:2,

6,25
48:4,12,
23 50:8
51:18
57:13
66:16
96:4
97:20
106:6,8
107:20,24
114:10
115:23
118:16
125:21
142:6
143:7
156:5
157:8
166:9
167:25
206:1
225:3
241:23
248:3,11

vice-president's
29:14

vice-presidents
12:24
20:1
41:21
42:5,17
92:13
143:15
206:5
240:7
241:1
243:3,4,
5,7,9,14,
15,19
244:13
245:9,15,
20
253:14,21

video
35:18
224:5,7,
10,11,15
225:9,10,
14,17,20
226:19

videoconference
5:1,18

videoconferencing
6:16
260:15

view
92:4

views
182:6

Vines
244:12,
16,17

violate
146:16,17
147:1,16
191:17

violated
148:11

violating
157:1
158:19

violation
112:18

vision
252:2

voice
74:11
78:1
249:24

voicemail
99:19,22
205:7

voices
73:14

volunteer
63:8,11

vote
252:3

VP
27:21,23
28:3
29:3,4
30:7
31:19
45:9
49:13
154:5
186:1
222:3
247:19
251:8

W

waited
129:16

waiting
188:16

walk
40:4
52:25

wanted
20:2
31:4,10
32:1,13
33:23
48:21
49:7
60:20
105:16,24
126:14
127:24
129:19
167:6
195:14

warning
55:14

Wayne
156:10

weaknesses
67:16,17,
19,22,23
83:10,11

Web
136:20,23
224:1,6
226:19
227:22

Wednesday
138:23

week
134:4

weekly
89:23
90:1
102:4,14,
16

weeks
87:25
92:11,20,
21

white
32:8

Whitelock
257:13,15

Whitelock's
254:13,16
255:24
257:3
258:3,7,
13



CHARLES L. BROWN, SR.
WILLIAMS vs. FLORIDA ATLANTIC

March 11, 2016
Index: widely..workshop

**widely**
155:21

**Williams**
5:23,25
32:12
45:12
46:6
47:16
51:15
60:21
63:11
64:17,22
66:2,17
67:20
69:5,8,
12,17,18
70:2,7,23
73:15,22,
24,25
74:8,24
75:5,12,
21,23
76:1,15,
20 77:13,
16,19,25
79:7,9,16
80:9,10,
13,18
81:6
82:8,10,
14,20
83:5,10,
12,18
84:2,8
85:1,17,
19 87:8,
17,22
88:4,20
89:4
94:24
97:18
98:7
99:1,10,
15,19
100:1,13,
19 101:7

103:9,25
104:12,20
106:18
134:11
136:6
147:19
148:11
149:24
150:12,
17,25
151:10,
13,14,25
152:3,7,
20 155:2,
25 168:7
170:4,11,
12,15
171:6,10,
14,19
173:9,20
176:19
178:14
179:12
180:7,12,
17,22
181:1,5,
25
183:11,15
184:15,23
185:4,14,
19,23
186:15,23
189:24
190:12,17
191:22
192:19,23
193:1,9,
20,24
194:3,22
195:1,7,
15 196:24
197:4
198:25
199:12,19
201:5,8,
11,21
202:2,7,

23
204:13,23
205:3,8,
12,15,18,
23 206:7,
9,14
211:3,20
212:5,10,
12,17
213:11,20
214:1,23
215:14
216:2,6,
17,22,24
217:10,
15,19,24
220:25
230:6,19,
24
233:17,18
234:3,20,
25 236:3,
10,24
245:7,13,
19 246:22
247:7
254:12
259:13

**Williams'**
78:11
154:20
169:12
179:11,18
198:5
214:13
220:1
230:10
233:1
248:17
254:8

**Williams's**
61:21
62:9 67:5
76:24
147:23
179:25

214:6
220:10,19
228:1
233:7

**window**
92:5,6

**witness's**
74:14
210:5

**woman**
180:17

**women**
181:5,25
182:6

**word**
12:17

**worded**
177:22

**wording**
189:17
199:5,19,
21 200:11

**words**
181:1

**work**
9:21,23,
24 10:5,9
16:24
61:2,5,8
63:19
67:15,25
68:16
69:12,20
75:12
77:7,8,25
109:11
183:4,14
189:23
190:7,23
212:8
214:17,19
215:23
216:3

218:20,23
233:13,
14,23
239:6,10
240:17
253:17,18
254:22

**worked**
16:25
20:10
30:1
35:3,5,13
62:1,13,
16 63:1
77:20
150:20
178:21
188:24
191:1
200:1
253:7

**working**
10:19
53:24
69:1,5,8
71:14
72:5
78:16
82:16
84:1,7
102:5
197:2
215:24
216:17
229:15
238:25

**workplace**
182:7

**works**
107:13
218:19
219:2
227:9

**workshop**



22:3

**workshops**
19:20,25
20:4,5,6,
8,11,16,
18,24
21:1,4,5,
6,7,8,11,
12,18

**worse**
140:16

**write**
54:23
82:1
157:4
166:16
202:3
212:14
213:18,21

**writing**
130:18

**written**
55:13
58:6,8
65:20
126:18
128:23
162:13
163:8,14,
16,20
164:11,20
165:22
167:2,7,
13
187:20,24
233:18
258:19,20

**wrong**
31:14
48:7
62:19
144:1
177:22
181:8,14

**wrote**
126:14,19

**Wydler**
5:19
10:16
12:15
14:1
18:1,7,
12,13
22:23
23:1
31:13,16
32:18
37:20
44:9 45:2
49:25
55:6,22
59:2,4,
14,16
60:9
61:13,19
65:3,11,
22 66:9,
11 67:6
72:17
74:3,6,9
79:21,24
80:4
84:3,13
91:10,19,
22 92:4
93:22
94:2
98:5,9
99:16
100:20
101:23
103:11,15
104:7,14,
22 105:3
107:16
108:2,10
111:24
112:23
113:15,25
114:11

115:16,24
116:2,5,
8,21,24
117:10,12
118:20
119:15
120:7,19
121:24
124:1
125:4
128:14,24
131:8,17
132:1,12
136:12
137:1
143:23
144:17
147:3
148:23
150:2
153:14
154:1,8,
22 155:4
156:7,19
162:14
165:13
166:4
175:3,5,
17 176:4,
6 178:25
179:7,15,
20 180:3,
10,15,19
181:2,7,
10,12,15
182:2,8,
25 188:15
191:14
192:5,12
195:3,10
198:16
199:20
201:10
204:25
205:16
206:15,23
207:3,7,

19
208:10,
20,23
210:2,4,
15
212:20,24
213:1,9
214:8,14
216:19
218:5
220:4
237:1
239:20
245:11
246:7,10,
14 250:21
255:10,
15,20
256:9
258:8,14,
24 259:1,
7,10,20,
23
260:10,
16,23
261:6,7,
10,11,15

---

**Y**

---

**year**
15:16,17
19:21
23:23,24
26:11
27:5
38:15
39:4 40:1
47:20
53:12
106:14
134:3,7
162:13
215:8
237:9,17,
25 239:23

240:12,13
241:13,14

**years**
16:20,21
17:4,8,10
21:20
22:11,20
29:3 30:5
33:2
36:18,20
47:18
81:15
110:7,23
111:13
124:12
136:22
148:18
164:25
178:22
179:1
203:15
218:10
227:12
232:12

**yesterday**
36:12
72:23
73:11,15,
16,21
74:13
107:6

**York**
47:10

**young**
53:18
143:18

